FILED
CLERK, U.S. DISTRICT COURT
8/8/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>SAMIR OUSMAN ALSHEIKH,<br><br>            Defendant. | CR No. 2:24-cr-00483-HDV<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1546(a): Fraud and Misuse of Visas; 18 U.S.C. § 1425(a): Attempted Unlawful Procurement of Naturalization] |

The Grand Jury charges:

                    INTRODUCTORY ALLEGATIONS

    At times relevant to this Indictment:

A.  SYRIA AND ADRA PRISON

    1.  The Syrian Arab Republic ("Syria") was a country in the Middle East. Damascus was the capital of Syria.

    2.  Bashar al-Assad has been the president of Syria since 2000. Bashar al-Assad was the leader of the Syrian Branch of the Arab Socialist Ba'ath Party ("the Syrian Ba'ath Party"), a totalitarian party that dominated the Syrian government. During Bashar al-Assad's presidency, Syria's military, domestic

security services, intelligence agencies, and other ministries have attempted to quash opposition to the government, including by imprisoning political dissidents.

3. Damascus Central Prison, which was located in the northeastern suburbs of Damascus near the village of Adra, was known as "Adra Prison." The Syrian Interior Ministry operated Adra Prison. Adra Prison held political prisoners and prisoners accused or convicted of other types of crimes.

B. THE DEFENDANT

4. Defendant SAMIR OUSMAN ALSHEIKH was a Syrian government official. At times, defendant ALSHEIKH worked for the Public Security Police, which was under the authority of the Syrian Interior Ministry. At other times, defendant ALSHEIKH worked for the Political Security Branch, a domestic Syrian intelligence agency focused on countering political dissent. Defendant ALSHEIKH rose to the rank of Brigadier General, a rank that was used in the Syrian Interior Ministry and the Political Security Branch, as well as in the military.

5. From in or about 2005 and continuing through in or about 2010, defendant ALSHEIKH was the head of Adra Prison. During his time as the head of Adra Prison, political dissidents and other prisoners were severely physically abused.

6. Following his role as the head of Adra Prison, defendant ALSHEIKH was appointed governor of the province of Deir Ez-Zour by Syrian President Bashar al-Assad, in or about July 2011. The photograph below depicts defendant ALSHEIKH and Bashar al-Assad on or about July 25, 2011, when Assad appointed defendant ALSHEIKH governor of Deir Ez-Zour.



C.     THE DEFENDANT's IMMIGRATION TO THE UNITED STATES

7.     On or about April 19, 2018, defendant ALSHEIKH submitted a DS-260 Immigrant Visa Application to the U.S. State Department, requesting entry into the United States. Defendant ALSHEIKH's DS-260 Immigrant Visa Application contained materially false information and concealed material information.

8.     On or about August 26, 2018, defendant ALSHEIKH falsely stated under oath at the U.S. Embassy in Amman, Jordan, that the information in his DS-260 Visa Application was true and correct.

9.     On or about January 22, 2020, defendant ALSHEIKH again falsely stated under oath at the U.S. Embassy in Amman, Jordan, that the information in his DS-260 Visa Application was true and correct.

10. On or about January 23, 2020, the U.S. State Department approved defendant ALSHEIKH's DS-260 Visa Application.

11. On or about March 4, 2020, defendant ALSHEIKH used the visa he had unlawfully and fraudulently obtained to unlawfully enter the United States at Los Angeles International Airport, unlawfully become a Lawful Permanent Resident of the United States, and unlawfully become eligible for a Permanent Resident Card (also known as an "Alien Registration Receipt Card" and commonly referred to as a "green card").

12. On or about March 25, 2020, U.S. Citizenship and Immigration Services issued and mailed to defendant ALSHEIKH a physical copy of his green card.

D. THE DEFENDANT's APPLICATION TO BECOME A NATURALIZED UNITED STATES CITIZEN

13. On or about January 7, 2023, defendant ALSHEIKH submitted an N-400 Application for Naturalization as a United States citizen. Defendant's N-400 Application for Naturalization contained materially false information and concealed material information.

COUNT ONE

[18 U.S.C. § 1546(a)]

14. The Grand Jury realleges paragraphs 1 through 13 of this Indictment here.

15. From on or about March 23, 2020, and continuing through on or about July 10, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMIR OUSMAN ALSHEIKH knowingly used, possessed, and obtained a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a Permanent Resident Card (also known as an "Alien Registration Receipt Card" and commonly referred to as a "green card"), which defendant ALSHEIKH knew to have been procured by means of false claims and statements, namely:

False Statement 1: In response to the question: "Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH well knew, while he was the head of Adra Prison from in or about 2005 and continuing through in or about 2010, he had committed, ordered, incited, assisted, and otherwise participated in acts of violence against prisoners at Adra Prison.

False Statement 2: In response to the question: "Are you a member of or affiliated with the Communist or other totalitarian party?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH well knew, through the positions he held in the Syrian government, including as the head of Adra Prison and

5

the governor of Deir Ez-Zour, he was affiliated with the Syrian Ba'ath Party, the totalitarian party that ruled Syria.

COUNT TWO

[18 U.S.C. § 1425(a)]

16. The Grand Jury realleges paragraphs 1 through 13 of this Indictment here.

17. On or about January 7, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant SAMIR OUSMAN ALSHEIKH knowingly attempted to procure for himself, contrary to law, naturalization as a United States citizen, to which he was not entitled, by making materially false statements under penalty of perjury in connection with his naturalization application, namely:

False Statement 1: In response to the question: "Have you **EVER** been a member of, involved in, or in any way associated with, any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, through the positions he held in the Syrian government, including as the head of Adra Prison and the governor of Deir Ez-Zour, he was associated with the Syrian Ba'ath Party, the totalitarian party that ruled Syria.

False Statement 2: In response to the question: "Have you **EVER** been a member of, or in any way associated (either directly or indirectly) with [a]ny . . . totalitarian party?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, through the positions he held in the Syrian government, including as the head of Adra Prison and the

7

governor of Deir Ez-Zour, he was associated with the Syrian Ba'ath Party, the totalitarian party that ruled Syria.

False Statement 3: In response to the question: "Have you **EVER** persecuted (either directly or indirectly) any person because of race, religion, national origin, membership in a particular social group, or political opinion?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, while he was the head of Adra Prison from in or about 2005 and continuing through in or about 2010, defendant ALSHEIKH persecuted directly and indirectly persons because of their political opinions.

False Statement 4: In response to the question: "Were you **EVER** involved in any way with . . . [k]illing, or trying to kill, someone?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, while he was the head of Adra Prison from in or about 2005 and continuing through in or about 2010, defendant ALSHEIKH was involved in the killing of prisoners.

False Statement 5: In response to the question: "Were you **EVER** involved in any way with . . . [b]adly hurting, or trying to hurt, a person on purpose?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, while he was the head of Adra Prison from in or about 2005 and continuing through in or about 2010, defendant ALSHEIKH was involved in badly hurting, and trying to hurt, prisoners on purpose.

False Statement 6: In response to the question: "Were you **EVER** a member of, or did you **EVER** serve in, help, or otherwise

participate in . . . [a p]olice unit?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, he had served in a police unit in Syria.

False Statement 7: In response to the question: "Were you **EVER** a worker, volunteer, or soldier, or did you otherwise **EVER** serve in . . . [a p]rison or jail?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, he worked as the head of Adra Prison.

False Statement 8: In response to the question: "Were you **EVER** a worker, volunteer, or soldier, or did you otherwise **EVER** serve in . . . [a d]etention facility (a place where people are forced to stay)?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, he worked as the head of Adra Prison, which was a detention facility where people were forced to stay.

False Statement 9: In response to the question: "Were you **EVER** a part of any group, or did you **EVER** help any group, unit, or organization that used a weapon against any person, or threatened to do so?" defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, while he was the head of Adra Prison, defendant ALSHEIKH was part of the Syrian Interior Ministry, which used weapons against prisoners at Adra Prison.

False Statement 10: In response to the question: "Have you **EVER** given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?", defendant ALSHEIKH answered: "No," when, in fact, as defendant ALSHEIKH then well knew, on or about April 19, 2018, defendant

9

1  ALSHEIKH gave false, fraudulent, and misleading information when
2  he stated on his DS-260 Immigrant Visa Application that he had
3  not "committed, ordered, incited, assisted, or otherwise
4  participated in extrajudicial killings, political killings, or
5  other acts of violence," and that he was not "a member of or
6  affiliated with . . . [a] totalitarian party."

7  <u>False Statement 11</u>: In response to the question: "Have you
8  **EVER** lied to any U.S. Government officials to gain entry or
9  admission into the United States or to gain immigration benefits
10 while in the United States?", defendant ALSHEIKH answered: "No,"
11 when, in fact, as defendant ALSHEIKH then well knew, on or about
12 August 26, 2018, and on or about January 22, 2020, defendant
13 ALSHEIKH lied when he stated under oath that his DS-260
14 Immigrant Visa Application was true and correct, when, in fact,
15 it had been falsely stated on the application that he had not
16 "committed, ordered, incited, assisted, or otherwise
17 participated in extrajudicial killings, political killings, or
18 //
19 //

other acts of violence," and that he was not "a member of or affiliated with . . . [a] totalitarian party."

                                          A TRUE BILL

                                           /s/
                                          _____
                                          Foreperson


E. MARTIN ESTRADA                         NICOLE M. ARGENTIERI
United States Attorney                    Principal Deputy Assistant
                                          Attorney General
                                          Head of the Criminal Division
                                          United States Department of
                                          Justice

MACK E. JENKINS
Assistant United States Attorney          PATRICK JASPERSE
Chief, Criminal Division                  ALEXANDRA SKINNION
                                          Trial Attorneys
JOSHUA O. MAUSNER                         Human Rights and Special
Assistant United States Attorney          Prosecutions Section
Chief, Violent and Organized              Criminal Division
Crime Section                             United States Department of
                                          Justice

11