UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | CR 24-00483(A)-HDV | Date | 01/06/2026 |
|---|---|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|
| Arabic Interpreter | Gabriel Kartouch |
| Probation Officer | Not Applicable |

| Wendy Hernandez | CourtSmart | Joshua Mausner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| SAMIR OUSMAN ALSHEIKH | X | X | | Nina Marino<br>Jennifer Ann Lieser | X | | X |

**Proceedings:** STATUS CONFERENCE

Before the Court is Government's Notice of Foreign Law, filed on December 29, 2025. The Court construes this notice as a motion and sets the following briefing schedule:

| | |
|---|---|
| Defendant's Objections to be filed by: | January 20, 2026 |
| Government's Reply to be filed by: | January 27, 2026 |
| Hearing on the Motion: | To be heard at the Final Pretrial Conference. |

The Court outlines how the trial will be conducted and provides a trial schedule. The Court advances the trial date to **Monday, March 2, 2026, at 8:30 a.m**.

Defense counsel informs the Court that a special questionnaire will be submitted in advance of jury selection and a Rule 15 motion regarding remote testimony will be filed. The Court orders the parties to meet and confer regarding the Rule 15 motion, as well as defense counsel's request for pseudo-anonymous testimony for possibly four defense witnesses.

The parties to contact the Interpreter's Office at CACD_Interpreters@cacd.uscourts.gov to start contracting and scheduling Arabic and Levantine Interpreters.

Time: 36

Initials of Deputy Clerk: WH

CR-11                    **CRIMINAL MINUTES - GENERAL**