# DECLARATION OF MORIAH RADIN

I, MORIAH RADIN, hereby declare:

1. I am an attorney admitted to practice before this Court and am counsel of record for Samir Ousman Alsheikh. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify as set forth below.

2. Counsel for Mr. Alsheikh are awaiting translated versions of witnesses ▮▮▮▮▮▮▮▮▮▮ declarations in support of the Motion for Protective Order Authorizing Pseudonymous Testimony, Restricted Disclosure, and Limited Courtroom Closure.

3. Set forth below, based on my information and belief, are the facts I expect ▮▮▮▮▮▮▮▮▮▮ to provide and/or provided in their signed and translated declarations. Counsel will file the finalized declarations with the Court upon receipt.

4. **Witness** ▮▮▮▮ will state that they ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wishes to testify on behalf of Mr. Alsheikh in this matter.

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. ▮▮▮ is afraid to have their identity disclosed in advance of trial because ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. ▮▮▮ also fears ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8. ▮▮▮ also fears ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1    9. The only way ▌▌▌ could testify in these proceedings is if they could do so
2 anonymously. This is because ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
3 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
4 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
5 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
6 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
7 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ respectfully requests that their identity
8 be kept confidential and fully concealed, and that all necessary protective measures
9 be taken to prevent retaliation, targeting, or harm.
10    10. **Witness** ▌▌▌▌ will state they they are ▌▌▌▌▌▌▌▌
11 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
12 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
13 They wish to provide testimony in this matter.
14    11. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
15 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
16 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
17 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
18 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
19    12. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
20 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
21    13. The only way ▌▌▌ could testify in these proceedings is if they could do so
22 anonymously. This is because disclosure of their identity ▌▌▌▌▌▌▌▌
23 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
24 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
25 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
26 ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
27    14. ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
28 respectfully requests that their identity be kept confidential and fully concealed, and

DECLARATION OF MORIAH RADIN

1 that all necessary protective measures be taken to prevent retaliation, targeting, or
2 harm.
3    15. **Witness** ██████████████████████████████████████
4 ████████████████████████████████████████████████████████
5 ████████████████████ They wish to provide testimony in this matter.
6    16. ████████████████████████████████████████████████
7 ████████████████████████████████████████████████████████
8 ████████████████████████████████████████████████████████
9 ████████████████████████████████████████████████████████
10 ██████
11    17. ███ is afraid to have their identity disclosed in advance of trial ████
12 ████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████
14 ████████████ Disclosure of their identity ██████████████████
15 ██████████████████████████
16    18. ████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████
18 ████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████████
22 ██████████████████████████████████████
23    19. The only way ████ could testify in these proceedings is if they are permitted to
24 do so anonymously. ██████████████████████████████████████
25 ████████████████████████████████████████████████████████
26 ████████████████████████████████████████████████████████
27 ████████████████████████████████████████████████████████
28

1 | I declare under penalty of perjury that the foregoing is true and correct.

2

3 |     Executed on January 22, 2026 in Los Angeles, California.

4

5 | *Moriah Radin*
6 | MORIAH RADIN