NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
MORIAH RADIN, ESQ. (State Bar No. 260245)
COLLIN CATE, ESQ. (State Bar No. 365876)
KAPLAN MARINO, PC
1546 N. Fairfax Ave.
Los Angeles, CA 90046
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail: marino@kaplanmarino.com
        lieser@kaplanmarino.com
        radin@kaplanmarino.com
        cate@kaplanmarino.com

Attorneys for Defendant
SAMIR OUSMAN ALSHEIKH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMIR OUSMAN ALSHEIKH <br><br> Defendant. | Case No. 24-CR-00483-HDV <br><br> **EX PARTE APPLICATION FOR LEAVE TO SEAL DOCUMENTS, AND FOR LEAVE TO FILE *IN CAMERA*** |

Defendant Samir Ousman Alsheikh ("Mr. Alsheikh"), by and through his attorneys of record, Nina Marino, Jennifer Lieser, Moriah Radin, and Collin Cate hereby applies *ex parte* for an order sealing and for *in camera* submission of the the unredacted copy of Mr. Alsheikh's Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser.

The redacted version of Mr. Alsheikh's Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser will be electronically filed at ECF No. 150. This *ex parte* application is based on the

attached Declaration of Nina Marino.

    Should the Court deny this *ex parte* application, counsel of record requests that the documents described above not be filed, but instead be returned to counsel of record without filing of the documents on the clerk's public docket.

Dated: January 22, 2026                            Respectfully submitted,
                                                                    KAPLAN MARINO, PC

                                                                      _____/ s /_____
                                                                      NINA MARINO
                                                                      JENNIFER LIESER
                                                                      MORIAH RADIN
                                                                      COLLIN CATE
                                                                      Attorneys for Defendant
                                                                      Samir Ousman Alsheikh

## DECLARATION OF NINA MARINO

I, Nina Marino, declare as follows:

1. I am the lead attorney representing Samir Ousman Alsheikh in *United States v. Alsheikh,* 24-CR-00483-HDV.

2. As counsel for Mr. Alsheikh, I respectfully request leave to file under sealand *in camera* an unredacted copy of Mr. Alsheikh's Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser.

3. The unredacted Notice of Motion and Motion for Live Two-Way Video Testimony and Declaration of Jennifer Lieser (the "Motion") contain sensitive witness identifying information that could compromise the witnesses' safety as set forth fully in the Motion. For this reason, the Motion should be filed and maintained under seal.

4. In addition, the unredacted Motion contains defense strategy and defense witness information that Mr. Alsheikh should not be forced to disclose to the government at this time. In order to protect Mr. Alsheikh's preparation of his defense, the unredacted Motion should be filed and review *in camera*.

5. On January 22, 2026, I attempted to confer with the government through Assistant United States Attorneys Joshua O. Mausner, and Patrick Jasperse. As of the time of this filing, I have not received a response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I executed this declaration on January 22, 2026, in Los Angeles, California.

          *Nina Marino*
          NINA MARINO