## **DECLARATION OF JENNIFER LIESER**

I, Jennifer Lieser, hereby declare:

1. I am an attorney of record for defendant Samir Ousman Alsheikh in the matter of *United States v. Samir Ousman Alsheikh*, 2:24-CR-00483-HDV. I make this declaration in support of the accompanying Motion For Live Two-Way Video Testimony for defense witnesses residing overseas.

2. My office has been in communication with the Department of Homeland Security Investigations ("HSI") to procure travel permissions from the United States Government to allow a number of defense witnesses into the United States to testify. To date we have not received authorization for any witnesses to travel to the United States and a date by which we might receive authorizations, if any, is unknown. Even if authorization was achieved, international travel hardships, including financial considerations, pose other impediments to international travel.

3. Upon information and belief, the following defense witnesses reside overseas making travel to the United States to provide testimony in the within matter challenging, if not impossible, for the following reasons despite good faith efforts.

| DEFENSE WITNESS UNAVAILABILITY | | |
|---|---|---|
| **WITNESS** | **PLACE OF RESIDENCE** | **REASON FOR UNAVAILABILITY FOR IN-PERSON TESTIMONY** |
| ▇ | Syria | Travel restrictions on Syrian nationals. No travel permissions to enter the U.S. International travel hardship including financial constraints. |
| ▇ | Syria | Travel restrictions on Syrian nationals. No travel permissions to enter the U.S. |

- 1 -
DECLARATION OF JENNIFER LIESER IN SUPPORT OF MOTION FOR LIVE TWO-WAY VIDEO TESTIMONY

| | | |
|---|---|---|
| ■ | | ▆▆▆▆▆▆▆▆<br>International travel hardship including financial constraints. |
| ■ | Syria | Travel restrictions on Syrian nationals.<br>No travel permissions to enter the U.S.<br>▆▆▆▆▆▆▆▆<br>International travel hardship including financial constraints. |
| ■ | Turkey<br>Syria | Travel restrictions on Syrian nationals.<br>Uncertain travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | Lebanon | International travel hardship including financial constraints. |
| ■ | Syria | Travel restrictions on Syrian nationals.<br>No travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | United Arab Emirates<br>Syria | Travel restrictions on Syrian nationals.<br>Uncertain travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | Syria | Travel restrictions on Syrian nationals.<br>No travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | Lebanon | Uncertain travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | Syria | Travel restrictions on Syrian nationals.<br>No travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | Lebanon | Uncertain travel permissions to enter the U.S.<br>International travel hardship including financial constraints. |
| ■ | Sweden | International travel hardship including financial constraints and particular health concerns aggravated by long travel (heart issues). |

| | | |
|---|---|---|
| ▇ | France | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ International travel hardship including financial constraints. |
| ▇ | France | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ International travel hardship including financial constraints. |
| ▇ | France | International travel hardship including financial constraints and work-related concerns that preclude international travel. |

4. The above identified witness testimony is critical, exculpatory, and non-duplicative, and enabling it by live two-way transmission vindicates Mr. Alsheikh's Sixth Amendment right to obtain and present witnesses in his favor.

5. Should circumstances change and the witnesses are able to travel, the defense will promptly notify the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

//

//

- 3 -
DECLARATION OF JENNIFER LIESER IN SUPPORT OF MOTION FOR LIVE TWO-WAY VIDEO TESTIMONY

1  I executed this declaration on January 22, 2026 in Los Angeles, California.

2

3

4

5                                                         *Jennifer Lieser*
                                                         JENNIFER LIESER
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JENNIFER LIESER IN SUPPORT OF MOTION FOR LIVE TWO-WAY VIDEO TESTIMONY