NINA MARINO, ESQ. (State Bar No. 142815)
KAPLAN MARINO, PC
1546 N. Fairfax Ave. Los Angeles, CA 90046
Tel:   (310) 557-0007   Fax:   (310) 861-1776
E-mail: marino@kaplanmarino.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 24-CR-00483-HDV |
| v. | |
| SAMIR OUSMAN ALSHEIKH | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☐ Lodged:  **(List Documents)**

(1) Alsheikh's ex parte Application for CJA Funding for Defense Witness Travel and Accommodations
(2) Declaration of Nina Marino
(3) Declaration of Samir Ousman Alsheikh

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

02/09/2026
Date

NINA MARINO
Attorney-Name

SAMIR OUSMAN ALSHEIKH
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                           NOTICE OF MANUAL FILING OR LODGING