link 209

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>SAMIR OUSMAN ALSHEIKH, <br><br>　　　　Defendant. | Case No. 24-CR-00483-HDV <br><br> [PROPOSED] ORDER WITHDRAWING MOTION FOR LIVE TWO-WAY VIDEO TESTIMONY, AND RELATED DOCUMENTS (DKT. NOS. 149, 150, 151, 154, 155) |

　　　For good cause shown, IT IS HEREBY ORDERED THAT the Motion for Live Two-Way Video Testimony ("the Motion") (Dkt. 151), the *ex parte* application for Leave to File the Motion Under Seal and *In Camera* (Dkt. 150), the Notice of Manual Filing (Dkt. 149), including the unredacted version of the Motion submitted *in camera,* the Declaration of Nina Marino in support of the *ex parte* application (Dkt. 154), and the Response to the Government's Objections to the *ex parte* application (Dkt.155) are withdrawn and stricken from the docket.

　　　IT IS SO ORDERED.

02/13/26
_____
DATE

　　　　　　　　　　　　　　　　HONORABLE HERNAN D. VERA
　　　　　　　　　　　　　　　　United States District Judge

1  Presented by:

2  ___/s/_____
3  NINA MARINO
   JENNIFER LIESER
4  KAPLAN MARINO, PC
   Attorneys for Defendant
5  SAMIR OUSMAN ALSHEIKH
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28