NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SAMIR OUSMAN ALSHEIKH, Defendant. | Case No. 24-CR-00483-HDV<br>**~~[PROPOSED]~~ ORDER GRANTING EX PARTE REQUEST TO CONTINUE SENTENCING DATE**<br>**CURRENT DATE: JULY 9, 2026**<br>**REQUESTED DATE: AUGUST 27, 2026** |

For good cause shown, Mr. Alsheikh's *ex parte* request to continue sentencing is GRANTED. IT IS HEREBY ORDERED THAT sentencing be continued to ~~August 27, 2026.~~ 09/17/26 at 1:30PM.

[ALTERNATIVE IF REQUEST IS DENIED]

Mr. Alsheikh's *ex parte* request to continue sentencing DENIED. Sentencing will be held on July 9, 2026.

04/08/26
DATE

HONORABLE HERNAN D. VERA
United States District Judge

Presented by:

___/s/ *Nina Marino*___
NINA MARINO
JENNIFER LIESER
MORIAH RADIN
COLLIN CATE
KAPLAN MARINO, PC
Attorneys for Defendant
SAMIR OUSMAN ALSHEIKH