Exhibit A: Character Letters

Index


| | Letter | Page |
|---|---|---|
| 1. | Rami Al Cheikh | 1 |
| 2. | Sara Alchikh | 6 |
| 3. | Sally Al Chikh | 11 |
| 4. | Thanaa Masri | 14 |
| 5. | Siham Bassal | 16 |
| 6. | Safaa Al-Sheikh | 18 |
| 7. | Elham Othman Al-Sheikh | 22 |
| 8. | Sofian Haikal | 26 |
| 9. | Kinda Al-Sheikh | 29 |
| 10. | Cheryl Keller | 33 |
| 11. | Ahmad Ali Hassan Bin Qasim | 35 |
| 12. | Reem Badr | 37 |
| 13. | Father Elie Gerges Nasr | 38 |
| 14. | Dr. Ahmad Ziki Sukkar | 40 |
| 15. | Shaaban Shaaban bin Mohammad | 42 |
| 16. | Muhab Al Hamoui | 43 |
| 17. | Mona Khalil | 45 |
| 18. | Samer Rifaat | 47 |
| 19. | Alisar Al Basha | 48 |
| 20. | Radwan Kashlan | 50 |
| 21. | Community Leaders of Al-Zabadani | 51 |
| 22. | Hisham Anwar Zaza | 54 |
| 23. | Mohammad Al-Ahmad | 55 |
| 24. | Khaled Fayyad Asaad | 56 |
| 25. | Saad Hammond | 58 |

| | | |
|---|---|---|
| 26. | Ahmad Wajih Al-Housi | 59 |
| 27. | Shaker Mohammad Al-Housi | 60 |
| 28. | Ahmad Qasim Rashq | 61 |
| 29. | Elias Chamma | 64 |
| 30. | Khaled Mustafa Saleh | 66 |
| 31. | Mohamed Riahy | 68 |
| 32. | Moutaz Refaii | 69 |
| 33. | Salah Hassan Odeh | 70 |
| 34. | Taysir Kamnaksh | 72 |
| 35. | Ahmad Brinjikji | 74 |
| 36. | Caroline Hughes | 77 |
| 37. | Mahmoud Zakaria | 80 |
| 38. | Noureldin Shoreibah | 82 |
| 39. | Manal Haikal & Dia Jabassini | 84 |
| 40. | Muna Al-Sheikh | 86 |
| 41. | Rami Daba | 88 |
| 42. | Yazan Daba | 90 |
| 43. | Shirin Sarkis | 92 |
| 44. | Abdul Jabbar Ibrahim Kahwaji | 94 |
| 45. | Bassam Saleh Dalileh | 98 |
| 46 | Ghaith Roxy | 101 |
| 47. | Hanin Mijel | 104 |
| 48. | Khadija Othman Al Sheikh | 108 |
| 49. | Mohammad Youssef Sweid | 112 |
| 50. | Samir A. Darwich | 116 |
| 51. | Suad Asaad Jomaa | 119 |
| 52. | Serene Ascha | 121 |

Rami Al Cheikh

[redacted] Los Angeles, CA [redacted]

[redacted]

07/13/2026

The Honorable Hernan D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 58
Los Angeles, CA 90012

Dear Judge Vera,

My name is Rami Al Cheikh. I am a proud American citizen, a graduate of the University of South Carolina with a degree in Civil Engineering, and I currently live and work in California, where I am building my career in the construction industry as a Business Development Manager. I came to the United States as a young man and had to build myself from the beginning, from living at my uncle's house, to attending high school on my own, to graduating from college, and now working hard to rebuild a stable life and career here after moving from South Carolina to California to be closer to my dad. I am also the son of Samir Al-Sheikh. I write this letter with a heavy heart, but also with deep love, respect, and honesty about the man I have known my entire life.

I understand the seriousness of the circumstances before the Court. As his son, my heart naturally wants to defend him, but I understand and respect that this letter is not meant to argue the case or the legal issues before the Court. We respect the justice system, and I write only to offer Your Honor a sincere and personal view of my father's character, his life, and the impact he has had on the people around him. A son who has watched his father closely, not only in private as a husband and father, but also in public as a man who carried himself with dignity, kindness, courage, and a deep sense of responsibility toward others.

My father grew up in a poor, small village in Syria called Baksarya, in the Idlib Governorate. He lost his father when he was around two or three years old and was raised by his grandparents, who struggled to make ends meet and worked throughout the day. His mother had remarried and was living in Damascus, and she rarely checked on him. Because of that, he had to learn to take care of himself from a very young age. His older sister, who was only about two years older than him, took care of him like she was his mother. She passed away about two years ago while my father was in detention. Her death was devastating to him. Although she was only about two years older, she had cared for him like a mother throughout his childhood, so losing her felt like losing a parent. Being detained and unable to be with his family or grieve alongside them made the loss even more painful, and it continues to weigh heavily on him.

My father has always called himself an orphan. From a very young age, he understood what it meant to feel helpless, to need support, and to depend on the kindness of others. I believe that shaped him deeply. It made him generous, compassionate, and sensitive to people who were struggling.

Throughout my life, I saw my father help people without asking for anything in return. His office was always open to the public. People would come to him with personal problems, employment issues, family disputes, financial struggles, medical needs, or simple requests for help. No matter how busy he was, he made time for people. He had a saying that all my family remembers. He always said that he believed good deeds always come back, and he repeated that lesson to us often.

One story that has always stayed with me is when someone once asked my father to lend him money. My father gave him everything he had at the time, which was about one or two months of his salary. Afterward, as he was walking back to his car, he was wondering how he would make ends meet. At that exact moment, another man whom my father had helped financially years earlier unexpectedly saw him, ran up to him, and returned money my father had completely forgotten about. The man told him he had been trying to find him. My father told us that story not to praise himself, but to teach us that when you help people sincerely, God does not forget.

Another example happened when my mother had cancer years ago. Without hesitation, my father told her to fly to South Carolina to stay with her brother so she could receive the best treatment available there. At that time, he was scared, overwhelmed, and trying to figure out how to manage her care and the medical bills. I remember many of his friends offering financial assistance, but he kept saying that there would be a way. By what felt like a miracle, the head of the oncology department turned out to be a doctor whose relative my father had helped years earlier. That doctor took special care of my mother, guided us through her treatment, and helped significantly reduce the financial burden. My father's kindness had reached someone years before, and in one of the hardest moments of our lives, that kindness came back to help my mother.

Even today, people still reach out to me and my family. Many of them are people we do not personally know, and when we mention their names to my father during our visits at the detention center, he often does not remember them because of the large number of people he helped throughout his life. They tell us stories about how my father helped them, solved a problem for them, treated them with respect, or listened to them when no one else would. All of whom are oU'ering their help. Syria is a small country, and people's reputations spread quickly. People know who treated others with dignity and who did not. My father has always been known by many as a kind, fair, forgiving, moderate, and approachable.

When my father served as governor, I remember him caring deeply about the public and prioritizing people's concerns. He initiated and led what was called at that time a "National Dialogue Conference" to listen to different voices, including people who were protesting or expressing opposition. A doctor who now resides in Turkey and has long been openly critical of the government reached out to me and reminded me of that day. He shared how safe he felt expressing his concerns to my father at a time and place where doing so was not easy. I saw this as a reflection of my father's character. He believed in listening, reducing conflict, and finding moderate solutions. He was not a man who enjoyed division. He tried to bring people together and calm situations rather than inflame them.

As a child, I was always proud to be seen with him in public. I remember walking beside him and seeing the way people were naturally drawn to him. He carried himself with humility and respect. He spoke well, listened carefully, and treated people in a way that made them feel seen. He had a presence that attracted people, not because of power, but because of how he treated others.

Despite the responsibilities and pressures he had at work, he was also a present and loving father. No matter how busy his day was, what challenges he was facing, or what type of meeting or convention he was in, if I called him, he answered. I remember feeling that when I called my father, everything around him stopped for a moment. He made me feel important. He made our family feel protected, loved, and supported.

Every summer, we would often visit Baksarya, the poor and remote village where my father grew up. It was a forgotten village with barely around one hundred people. My father never forgot where he came from. He used his relationships and personal efforts to bring help to that village. He helped build a clinic and arranged for doctors and nurses to come, and it operated for as long as I can remember and may still exist today. That clinic meant people did not have to travel to the closest city during emergencies. He brought computers to the school so the children in that village could feel as educated and connected as the children in the capital, Damascus. He helped build the first water well that people still use today, so the people would not have to walk to the nearest village for water as they had done before. He pushed for electricity at a time when the village did not have it. The village was living without electricity and using candles at night until his involvement and assistance. When we visited, the entire village would come to see him. People would wait in line outside to ask for help with family issues, employment, social problems, or basic needs. He treated them with patience and respect because he knew their pain and came from the same place. I am speaking about what I witnessed, experienced, and saw with
my own eyes.

My father taught us and kept reminding us that a person's value is not measured by status, money, or title, but by how they treat people who cannot offer them anything in return. He taught me to be generous, to answer people when they need help, and to believe that kindness matters even when no one is watching.

He also had a quiet way of helping people with dignity. He liked antiques and would sometimes go to a small, modest store where the owners would try to upsell him. He would still pay them more than what they asked for. They may have thought he miscounted or did not notice, but he knew exactly what he was doing. He saw their living situation and the modest condition of their store, and he chose to help them in a way that did not embarrass them. He did this many times, as far as I remember.

This experience has been extremely painful for our family. It has changed all of us. I have seen the emotional toll it has taken on my father. This experience has deeply saddened him. He is not the same person I saw two years ago before the arrest. He barely has any teeth now, and the way he talks, including his slurred speech, has broken my heart.

Your Honor, I respectfully ask that when the Court considers my father's sentence, you also consider the full picture of who he is: a father who loved his family, a man who came from poverty and never forgot the poor, a public servant who listened to people, and a person who helped countless others without expecting anything in return.

I only ask, with the deepest respect, that mercy, compassion, and the good he has done throughout his life be taken into consideration.

Thank you for taking the time to read my letter.

Respectfully,

Rami Al Cheikh

06/25/2026

The Honorable Hernán D. Vera

United States District Judge

United States District Court for the Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B

Los Angeles, CA 90012

Dear Honorable Judge,

My name is Sara. I am one of Samir's daughters. I am married to Sofian, and we have been married for 14 years. We have two children, [redacted], who is five years old, and [redacted] who is nine years old. We live together as a family here in California, and I work in accounting for a company where I have been employed for the past eight years. I hold a master's degree in financial management and Banking.

My life has always been centered around my family, my parents, my husband, my children, and my work—just as my parents raised and taught us. Their values shaped who I am, and I have carried them with me throughout my life.

My father is the person who has had the greatest influence on my life and my character. I am not saying this simply because I am his daughter. I am deeply proud to be his daughter because he is a man who has left a lasting impact on everyone who has had the privilege of knowing him. The values that guide my life today, hard work, honesty, compassion, integrity, respect, and devotion to family—are values I learned directly from him. Everything I am today as a wife, mother, professional, and member of my community is a reflection of the example he set for us.

My father worked tirelessly throughout his life to provide for us and lead by example. He was born in a modest village and lost his father when he was less than five years old, growing up as an orphan. Those hardships shaped his strength, resilience, and

independence, and he turned them into values he lived by and passed on to us—honor, courage, generosity, honesty, and loyalty.

Family has always been his highest priority. He cared deeply for his siblings, their children, and all members of our extended family. He believed that faith is reflected not only in worship, but in how we treat others—with kindness, dignity, and honesty. Truth, fairness, and integrity were central to everything he stood for.

My father never missed an opportunity to invest in our education and growth, even when it required great sacrifice. He enrolled us in English courses, music lessons, swimming, horseback riding, and other programs that shaped who we became. He loved sports and always emphasized discipline, health, and consistency.

I remember summer mornings when he would wake us early to play basketball or go swimming together. Those mornings remain some of the most meaningful memories of my childhood. Even after exhausting nights of work, he would come home and insist we get ready to go out—sometimes for a drive, sometimes just to get a bite to eat—simply because he wanted time with us and wanted us to be happy.

He also taught us a deep love for horses, something that has stayed with me throughout my life. My home still carries reminders of him, and I keep his sunglasses and a small horse statue he loved in my closet so I can feel close to him each time I see them.

During religious holidays, all the children in the family would wait for him, knowing he would arrive with gifts and joy for everyone. I still remember walking beside him and feeling a quiet pride, seeing the respect and gratitude people showed him everywhere we went.

Whether with his own children, extended family, friends, or even strangers, he always encouraged education and did everything he could to help others build better lives. Because of him, not only his children but many others grew into hardworking, responsible, and successful members of society.

His influence continues strongly in his grandchildren. He encouraged Adam and Mila to stay active, confident, and engaged in sports and healthy routines. He especially encouraged Adam in swimming and spent countless hours playing chess with him, teaching him patience, focus, and thinking ahead—lessons Adam still carries with him today.

My father has always been a loving and present grandfather. He brought joy into their lives in simple, unforgettable ways. He would take them on small outings, including trips to Target, just to see them smile. Even with physical pain, he would carry Adam on his shoulders because their happiness mattered more to him than his own comfort.

[redacted] and [redacted] still remember those moments clearly. They still talk about how he carried them, how he made them laugh, and how safe and happy they felt with him.

One memory I will never forget is the evening before his arrest, when [redacted] was only three years old. He sat clapping and singing so she could dance and laugh. It was a simple moment, but it reflects exactly who he is—a grandfather whose greatest joy was seeing others happy.

The past two years have been among the most pain our family has ever endured. My father's detention and separation from us have caused deep emotional suffering. We miss him every single day, and his absence has left a void that cannot be filled.

One recent experience brought those feelings into even sharper focus. My family and I recently moved to a new home. Before leaving, we made sure to take with us a fruit tree that my father had planted in our front yard before his arrest. To many people it may seem like just a tree, but to us it was a piece of him—a reminder of his presence, his care for our family, and the life we shared together.

What affected me most during the move was leaving behind the home where we had memories of my father on every corner. Every room carried reminders of family gatherings, conversations, laughter, and moments we shared together. Moving into a new home was

emotionally difficult because I could not stop thinking about the uncertainty of whether my father will ever have the opportunity to spend time with us there, sit with his grandchildren there, and make new memories with our family in that home. It was a painful reminder of how much time has already been lost.

What has remained with me throughout this entire experience is that after his arrest, my father's greatest concern was never for himself. Despite everything he was facing, he worried about us. He worried about the emotional pain his absence would cause his children and grandchildren, and he worried about the financial and practical burdens our family would have to carry. Even while enduring his own hardships, health challenges, and uncertainty, his focus remained on the well-being of those he loved. That selflessness reflects the man he has always been—a father who has consistently placed his family's needs above his own.

His absence is felt not only in our home but also by many others whose lives he touched. Even now, people continue to reach out to us to say how deeply he impacted their lives and how much he helped them.

Today, my father faces significant health and age-related challenges. One of his greatest difficulties is the language barrier, as he does not speak or understand English. This has caused emotional distress and isolation, and when combined with hearing difficulties, it has made daily communication extremely difficult for him.

He also suffers from [redacted] requiring ongoing monitoring. His [redacted] health has also significantly declined, making it difficult for him to eat properly and requiring treatment.

At this stage of his life, as an elderly man facing serious medical challenges and a significant language barrier, he would greatly benefit from being surrounded by his family. The opportunity to spend his remaining years with his children and grandchildren would mean more to him—and to all of us—than words can express.

I respectfully ask this Honorable Court to consider fairness, compassion, and mercy in its sentencing decision. My father has spent his life treating others with dignity and kindness, and I ask that he be shown the same consideration.

I have great faith in the fairness, wisdom, and compassion of this Court and respectfully thank the Court for its time and consideration.

Respectfully,

Sara Alchikh

[redacted]

**Date:** June 29, 2026

**The Honorable Hernán D. Vera**
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

**Dear Judge Vera:**

My name is **Sally Al chikh** , and I am an architectural designer. I earned my Bachelor's degree in Architecture in Syria and later received my Master's degree in Architecture from the **Southern California Institute of Architecture (SCI-Arc)**. I currently work at a well-known architectural firm in Southern California that specializes in designing custom homes.

I have been married to **Dr. Noureldin Shoreibah**, a Board-Certified Endodontist, since 2018, and together we are blessed with our daughter, [redacted], who is four years old.

I am writing this letter as the daughter of **Mr. Samir Al Sheikh**. Everything I share in this letter is based on my own personal experiences with my father throughout my life and on the values he instilled in me from the time I was a child.

From my earliest memories, my father was present during every stage of our lives. He firmly believed that education was the greatest gift a parent could give to a child. He constantly reminded us that education is the greatest asset no one can ever take away from you.

My siblings and I always wanted to make him proud, and that became one of the greatest motivations in our lives.

He instilled in us a love of learning, but even more importantly, he taught us the importance of character. He always told us that true success is not measured by wealth or status, but by honesty, integrity, respect for others, and compassion.

One of my father's greatest passions was horses. He introduced me to horseback riding when I was very young, but more importantly, he taught me that being an equestrian is not simply about riding horses—it is about living with honor, courage, humility, and integrity. He attended my competitions, and even when I lost, he never focused on the outcome. Instead, he encouraged me, reminding me that perseverance, good character, and treating others with respect were what truly mattered. Those lessons have stayed with me throughout my life.

As I grew up, I witnessed the love and respect people had for my father everywhere we went. He never distinguished between the rich and the poor. He was always the first to help those in need. I personally witnessed countless acts of kindness that I will never forget.

I vividly remember waking up one morning at four o'clock to hear my father talking on the phone. When I asked him who he was speaking with, he told me that a poor family's young daughter was critically ill with a heart condition. They had reached out to him for help, and he had been awake since the early morning hours making phone calls and doing everything he could to find someone willing to donate the money needed for her surgery. That was not an isolated incident—it was simply who he was. He carried other people's pain as though it were his own and did everything in his power to help them.

Throughout his career, I watched my father use every position of responsibility he held to serve others, especially those who were poor or vulnerable. I never saw him use his position for personal benefit.

Despite the demands and long hours of his work, he always came home determined to make us smile. Even after exhausting days, he would tell us to get ready because he wanted to take the family out to dinner or spend time together. Family was always his highest priority.

My father was also extraordinarily generous. Even when our family did not have much, if he met someone who was struggling, he never hesitated to help. He often told us, **"God always provides."**

He taught us to treat every person with kindness, dignity, and respect, regardless of their circumstances or background.

After my father retired, I had the privilege of spending two wonderful years living close to him. He loved having family and friends gathered in our home and never liked seeing the house empty. His greatest happiness came from being surrounded by the people he loved.

In 2013, I moved to the United States to continue my education. My father encouraged me to pursue my dreams, even though I knew it was painful for him to watch me leave. I still remember saying goodbye to him at the airport. He tried not to let me see him cry because he believed my future and education were more important than his own emotions.

I have always been especially close to my father, and I traveled to visit him whenever I could. As graduate school, work, and life's responsibilities grew, our family eventually convinced him to move to California so that he could finally spend time with us after missing so many important milestones in our lives. He was unable to attend my wedding, and he was not there to celebrate my graduation from one of the most respected schools of architecture in the United States. Those were moments I always wished we could have shared together.

When he finally arrived in California in 2020, our family felt complete for the first time in many years. Leaving behind the home and life he had built in Syria was not easy for him, but he was truly happy to be surrounded by his children and to watch his grandchildren grow.

The years before his arrest were among the happiest our family had ever experienced because we were finally reunited after so many years apart. My daughter, [redacted], was able to know her

grandfather and build precious memories with him—memories I had hoped would continue for many years. Sadly, that joy was cut short.

Today, I am proud that the values of honesty, generosity, compassion, and respect that guide my life came from my father. Whenever I meet people who knew him, I hear the same words: **"Your father is truly a good and honorable man."** Hearing that from so many different people has only reinforced what I have always known.

He encouraged us to excel in our education, our careers, and our passions. He believed that success has little meaning unless it is accompanied by integrity, kindness, and humanity.

No matter how old I become, I will always be proud to call Samir Al Sheikh my father. The person I am today is a reflection of the values he taught me—not only through his words, but through the example he set every day of his life. He will always remain the person I look up to most.

I especially like the phrase:

I respectfully ask the Court to exercise fairness and compassion in reaching a sentence that reflects both justice and the full measure of the person my father is.

Thank you for your time and consideration.

**Respectfully submitted,**

**Sally Al chikh**

[redacted] **irvine, CA** [redacted]

[redacted]

June 22, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera:

My name is Thanaa Masri, and I am the devoted wife of Mr. Samir Al Sheikh. I hold a bachelor's degree in English Literature from Lebanon and worked for many years as a teacher in Syria. Samir and I have been married for more than forty years, and together we have raised four children. I respectfully write to share my personal knowledge of his character and the life we have built together over the past four decades.

Throughout our marriage, I have known Samir as a loving husband, a devoted father, a compassionate grandfather, and a man of kindness, honesty, and integrity. He has always been peaceful, kindhearted, forgiving, and respectful. In more than forty years of marriage, he has never hurt me with an unkind word. These qualities were not occasional acts of kindness; they were simply part of who he was every day of our life together.

Samir always sympathized with others and tried to meet their needs. He helped the poor before the rich and was always willing to assist anyone who came to his door seeking help. I witnessed so much goodness in him throughout our years together.

His absence during the past two years has been deeply painful. Samir was my companion and my source of strength. Our home and our family have not been the same without him. I wait each day with hope for the time when he may walk through the door of our home again and bring light back into our lives.

Your Honor, God knows how deeply our entire family suffers from his absence. I continue to encourage Samir to remain patient and strong, and I pray every day that our family may one day be reunited. I respectfully ask the Court to consider his character, his age, his family circumstances, and the profound effect his continued absence has had on all of us.

Thank you for taking the time to read my letter and for considering my personal testimony about my husband.

Respectfully,Thanaa Masri
Wife of Mr. Samir Al Sheikh
[redacted]

**June 10, 2026**

**The Honorable Hernan D. Vera**

**United state District Judge**

**United State District Court for the Central District of Calofornia**

**350W 1st Street. Courtroom 58**

**Los Angeles. CA 90012**

My name is Siham Bassal. I am a graduate of the Faculty of Law at Damascus University and was born in 1953.

I am pleased to provide this testimonial on behalf of Mr. Samir Al Sheikh, whom I have known personally and through our families for more than fifty years. We grew up in the same neighborhood and later studied together at the Faculty of Law at the University of Damascus. In addition, our families have shared a close and enduring friendship that spans several decades.

My relationship with Samir goes far beyond ordinary friendship; it is a bond of brotherhood, affection, and mutual respect that has endured throughout the various stages of our lives. A testament to the closeness of our families is that his children have always addressed me as their aunt, reflecting the deep familial ties that have connected us over the years.

Throughout my long acquaintance with him, I have known Samir to be a loyal friend, a devoted and caring husband, and a responsible father who dedicated himself to raising his children with the values of education, honesty, integrity, and respect for others. His efforts have been reflected in the academic and professional success of his children, a source of pride for both him and his family.

I have also known his wife to be an educated and honorable woman who worked as an English language teacher. She has been a supportive partner throughout the challenges and hardships that life in Syria has presented over the years.

Professionally, I have followed Samir's career since its early stages and have witnessed firsthand his dedication, integrity, and commitment to his work. He has always embodied the true meaning of a legal professional, demonstrating a strong sense of ethical and professional responsibility. He consistently sought to assist others and serve his community within the framework of the law and justice. Among colleagues, clients, and acquaintances alike, he has earned a reputation for honesty, fairness, wisdom, and exemplary character. Throughout the many years I have known him, I have never known him to act in any manner inconsistent with these values.

Samir has always been willing to help those in need and to offer guidance and support with kindness, compassion, and respect. His relationships with neighbors, colleagues, and members of the community have consistently been marked by mutual respect and good conduct. He is widely admired for his strong moral principles, integrity, transparency, and fairness, and has always conducted himself in a manner free from exploitation, extremism, or intolerance.

His good reputation and positive relationships within the community have earned him the respect and esteem of all who know him. I can state with complete confidence that Mr. Samir Al Sheikh is a man of integrity, a devoted family man, and a responsible member of society who has had a positive impact on the lives of many people.

In closing, it is difficult to summarize more than fifty years of friendship and personal knowledge in a few paragraphs. Nevertheless, I offer this statement sincerely and truthfully, based on my direct and longstanding knowledge of Samir's character, values, and conduct.

Respectfully.

Siham Basal

Law Graduate, Damascus University

Syria

Date: July 10, 2026

[redacted]

Date: 06/23/2026
The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B ‹ Los Angeles, CA 90012
Your Honor Judge Vera:

My name is Safaa Al Sheikh, and I am the sister of Mr. Samir Al Sheikh. I respectfully submit this personal statement to provide the Court with insight into his character, morals, and humanitarian and social contributions as I have known them throughout my life.

To me, my brother Samir has been much more than a brother; he has been the source of support, assistance, and strength for our family for many years. I am a graduate of a technical institute in Syria and worked in my country for nearly thirty years. Throughout those years, my brother stood by me and our family under various circumstances, particularly because I married later in life and lived with my parents and family for an extended period

Samir consistently provided both financial and emotional support to our family. He contributed to our living expenses, ensured that medical care was available whenever needed, and took it upon himself to meet the family's needs without hesitation. He also stood by family members during difficult times and offered support and assistance with great generosity and love.

On a personal level, he played a significant role in helping me build my professional future. He encouraged me to develop my skills and supported me in attending training courses in cosmetology, makeup artistry, and hairstyling. He also helped me open my own small business. I would not have been able to establish and maintain my business otherwise.

Based on my personal knowledge of him, I can affirm that my brother possesses noble human qualities. He is known among people for his chivalry, generosity, kindness, and willingness to help others. He was always ready to extend assistance to anyone in need and never turned away someone seeking help whenever he was able to provide it

His professional career also reflects many positive and humanitarian accomplishments. During his service in the administration of a detention and rehabilitation facility in Syria, he sought to transform the environment from merely a place of confinement into a center for rehabilitation and social reform. He worked to provide inmates with practical vocational skills and trades that would help them build better futures after the

completion of their detention, with the goal of reducing the likelihood of their return to harmful behaviors or criminal activity.

He believed that genuine rehabilitation is achieved through education, training, and giving individuals a second chance to reintegrate positively into society. His efforts contributed to Improving the lives of many people and earning the appreciation of his supervisors and colleagues.

This testimony is based upon my direct and close knowledge of my brother throughout our time together. I submit it to the Court truthfully, sincerely, and respectfully, asking that it be taken into consideration in evaluating his character, life history, and the positive impact he has had on his family and community.

Respectfully,

Damascus, Syria

[redacted]

Sister of Mr. Samir Al Sheikh

Safaa Al Sheikh

التاريخ 23 يونيو 2026

سعادة القاضي هيرنان دفيرا

قاضي المحكمة الجزائية الأمريكية

المحكمة الجزائية الأمريكية المنطقة الوسطى من ولاية كاليفورنيا

مبنى محاكم فيرست ستريت (First Street court) 350 شارع ويست فيرست قاعة المحكمة

5B لوس أنجلوس كاليفورنيا 90012

سعادة القاضي فيرا:

اسمي هناء الشعر، أنا شقيقة السيد سمير الشعر، أتقدم بهذه الشهادة الشخصية بكل احترام لأضع بين يدي المحكمة الموقرة صورة واضحة عن شخصية أخي وأخلاقه ومساهماته الإنسانية والاجتماعية وذلك بناء على ما عهدته فيه طوال حياتي بالنسبة لي لم يكن أخي سمير مجرد أخ بل كان مصدر الدعم والعون والقوة لعائلتنا لسنوات عديدة لقد تخرجت من معهد فني في سوريا وعملت في بلدي ما يقارب ثلاثين عاما طوال تلك السنوات وقف أخي إلى جانبي وإلى جانب عائلتنا في مختلف الظروف وخصوصا أنني تزوجت في مرحلة متأخرة من حياتي وعشت مع والدي ووالدتي لفترة طويلة لقد دأب سمير دائما على تقديم الدعم المادي والمعنوي لعائلتنا وكان سببا رئيسيا في تغطية نفقات المعيشة والطبابة كلما دعت الحاجة وتولى كل أمور العائلة القريبة والبعيدة وقدم المساعدة لأفراد العائلة بالأوقات الصعبة بكل حب وكرم كبيرين على الصعيد الشخصي كان له دور كبير في بناء مستقبلي المهني ودعمي في تأسيس مشروعي الصغير الخاص بالتجميل وتنسيق المكياج ولولا دعمه لما استطعت أن أحقق هذا المشروع والحفاظ على استمراريته هذا على الصعيد الشخصي أما على الصعيد العام أذكر أن أخي سمير يتمتع بصفات إنسانية نبيلة جدا فهو معروف بين الناس بمروءته وكرمه وطيبة قلبه ومحبته لمساعدة الآخرين وكان سباقا لمد يد العون لكل محتاج طالما يكون قادرا على تقديمها كما انعكست سيرته المهنية العديد من الإنجازات الإيجابية والإنسانية خلال فترة عمله في إدارة أحد مراكز الاحتجاز وإعادة التأهيل في سوريا سعى جاهدا لتحويل بيئة المركز من مجرد مكان للحبس والاحتجاز إلى مركز لإعادة التأهيل والإصلاح الاجتماعي لتحصل على فرص النزلاء ببرامج مهنية وحرف عملية تساعدهم على بناء مستقبل أفضل بعد انقضاء فترة احتجازهم

وذلك بهدف الحد من احتمالية عودتهم إلى السلوكيات الضارة أو الأنشطة الإجرامية

كان يؤمن بأن إعادة التأهيل الحقيقية تتحقق من خلال التعليم والتدريب ومنح الأفراد فرصة ثانية للاندماج الإيجابي في المجتمع وقد ساهمت جهوده في تحسين الحياة للكثيرين كما حظيت بتقدير رؤسائه وزملائه

تستند هذه الشهادة إلى معرفتي المباشرة والوثيقة بشقيقي طوال سنوات حياتنا معاً وإنني أقدمها للمحكمة بصدق وإخلاص واحترام

راجية أخذها بعين الاعتبار عند تقييم شخصيته وسيرته الحياتية والأثر الإيجابي الذي تركه في أسرته ومجتمعه

مع خالص الاحترام

هناء الشيخ . شقيقة السيد سمير الشيخ

[redacted] دمشق - سوريا

هناء الشيخ

Elham Othman Al-Sheikh
Malmö, Sweden
[redacted]
Date: Tuesday, June 23, 2026

To the Honorable Judge of the District Court,

I respectfully submit this letter in support of my brother, Mr. Samir Othman Al-Sheikh.

My name is Elham Othman Al-Sheikh. I am a primary school teacher with 30 years of experience in education and school administration, and I am 63 years old.

As an educator who has spent three decades teaching and guiding generations of students, I have learned to judge people by their character, actions, and lifelong conduct. I therefore write this letter to provide a truthful account of my brother Samir's character and integrity, having known him closely throughout our lives.

We were raised in a modest family, and from an early age Samir stood out for his diligence and dedication. After completing his secondary education, he studied law in pursuit of a lifelong dream of serving his country as a security officer. Upon graduation, he was appointed to several important and sensitive positions. In every role entrusted to him, he demonstrated honesty, integrity, and professionalism. It was well known that when people attempted to offer him gifts in appreciation for his assistance, he consistently refused them and returned them, determined to preserve the honor and integrity of his office. Colleagues, relatives, and friends alike can attest to his compassion and willingness to help anyone in need.

While serving as the director of a civilian prison, Samir was far more than an administrator. He actively worked to improve the living conditions of inmates by ensuring they had adequate clothing, bedding, and essential services. His humanitarian efforts were recognized publicly, and local newspapers reported on and praised these initiatives.

Within our family, Samir has always been a pillar of support. When my son was married, my husband was seriously ill and unable to travel from Sweden to attend the wedding. Samir stepped in and assumed all responsibilities as though he were the father of the groom, ensuring that the celebration proceeded smoothly and successfully. I will never forget his support during that important time.

He has always treated my children with love, kindness, and care. He has supported them in their professional and personal lives, taken pride in their achievements, and continued to inquire about their well-being even during the difficult circumstances he is currently facing.

I would also like to mention a personal experience that reflects his character. When I was assaulted by a military officer at my workplace while serving as a teacher, I turned to Samir for help. Without hesitation, he stood by my side and defended me, despite the risk this posed to his own career. His actions demonstrated that he acts not for personal gain but out of a sincere commitment to justice and duty.

Samir was devoted to our parents throughout their lives, caring for them during illness and old age. He also remained by the side of our sister, who became disabled following a car accident, from the day of her injury until her passing twenty years later. He never abandoned her. Neighbors, relatives, and friends can testify that he consistently helped those in need without seeking recognition or personal benefit.

Even as a child, Samir displayed remarkable generosity. He would save part of the small income he earned working for a perfume vendor and use it to buy Eid clothes for his siblings, bringing us immense joy. He has always been compassionate, caring, and selfless.

I respectfully ask the Court to take my brother's character, lifelong service, and positive contributions to his family and community into consideration when reaching its decision in this matter.

I am willing to provide any additional information the Court may require.

Thank you for your time and consideration.

Respectfully submitted,

Elham Othman Al-Sheikh

Signature: ____________________

حضرة القاضي المحترم

أنا غادة الشيخ، شقيقة السيد سمير الشيخ. أكتب هذه الرسالة لأشارك المحكمة شهادتي الشخصية الصادقة حول أخي، استنادًا إلى معرفتي به طوال حياتي وما شهدته منه من مواقف وصفات وإنسانية تجاه أسرته ومن حوله.

لقد عرفت أخي سمير عن قرب طوال سنوات عمري، وعرفته أخًا محبًا لعائلته، كريمًا في عطائه، حريصًا على مساعدة الآخرين، ومخلصًا في مسؤولياته تجاه أسرته وأقاربه وكل من يحتاج إلى دعمه.

ومن أكثر المواقف التي لا يمكنني أن أنساها ما حدث بعد وفاة زوجي عام 2000. فقد وجدت نفسي أرملة أتحمل مسؤولية طفلين صغيرين، يزن ورامي، في وقت كانت فيه الحياة مليئة بالتحديات والصعوبات. كان عمر ابني يزن آنذاك ثماني سنوات، بينما كان عمر رامي أربع سنوات فقط. وفي تلك المرحلة الصعبة، كان أخي سمير السند الحقيقي لي، ولم يتركني أواجه تلك الظروف وحدي.

لقد وقف إلى جانبي بكل ما أوتي من قوة، وقدم لي الدعم المعنوي والمادي بشكل مستمر، وساعدني في تربية أبنائي ورعايتهم وتأمين احتياجاتهم. وكان حاضرًا في كل موقف احتجت فيه إلى المساعدة أو المشورة أو الدعم. لقد خفف عني الكثير من الأعباء وساهم في منحنا الشعور بالأمان والاستقرار في وقت كنا بأمس الحاجة إليه.

ولم يقتصر دعمه على ذلك، بل كان يعامل أبنائي بمحبة وحنان كبيرين حتى أصبح بالنسبة لهما بمنزلة الأب الثاني. وكان يحرص على متابعة دراستهما وتشجيعهما على النجاح وتحمل المسؤولية. وقد ترك أثرًا عميقًا في شخصيتيهما، حتى إن ابني يزن اختار دراسة الحقوق متأثرًا بخاله سمير الذي كان يعتبره مثله الأعلى وقدوته في الاجتهاد وتحمل المسؤولية وخدمة الآخرين.

كما كان أخي مثالًا للابن البار بوالديه. فقد كان يولي والدتي ووالدي عناية كبيرة، خاصة في سنواتهما الأخيرة عندما تقدما في العمر. كانت والدتي تبلغ من العمر خمسة وسبعين عامًا تقريبًا، وكان والدي في الثمانين من عمره. وخلال تلك الفترة كان أخي يتابع شؤونهما الصحية بشكل دائم، ويحرص على تأمين أدويتهما واحتياجاتهما الطبية، ويرافقهما إلى الأطباء والمشافي، ويتابع نتائج الفحوص والعلاجات خطوة بخطوة.

ولم يكن يبخل عليهما يومًا بوقته أو جهده أو ماله، بل كان حاضرًا في كل ما يحتاجان إليه، ويحرص على راحتهما وكرامتهما ورعايتهما. وقد شهدت بنفسي مدى اهتمامه بهما وتفانيه في خدمتهما، خاصة عندما كانت حالتهما الصحية تتطلب متابعة مستمرة وعناية خاصة.

كما أود أن أذكر موقفًا آخر يعكس مدى التزامه تجاه أسرته ووقوفه إلى جانب أفرادها في أوقات الشدة. فقد تعرضت شقيقتي لحادث سير خطير أدى إلى دخولها في غيبوبة استمرت قرابة شهرين. وخلال تلك الفترة العصيبة لم يتركها أخي سمير يومًا واحدًا، بل كان يتابع حالتها الصحية بشكل مستمر ويقف إلى جانبها وإلى جانب أسرتها في جميع مراحل العلاج.

وكان يقدم كل ما يستطيع من دعم ومساعدة، سواء من خلال متابعة احتياجاتها الطبية أو تأمين ما يلزمها من متطلبات علاجية ومعيشية. وكلما واجه زوجها صعوبة في توفير أمر ضروري لها، كان أخي يبادر إلى تقديم المساعدة وتأمين ما تحتاج إليه دون تردد. وقد شهدت الأسرة بأكملها حجم الجهد والاهتمام الذي بذله خلال تلك المرحلة حتى تعافت وعادت إلى حياتها.

كما أنني شهدت طوال حياتي كيف كان يحظى باحترام الناس وتقديرهم في كل موقع عمل شغله. فعندما كان يتولى أي مسؤولية أو منصب، كان الكثير من الأشخاص يحرصون على تهنئته لما عرفوه عنه من إخلاص في أداء واجباته وحسن تعامله مع الآخرين. وقد عُرف بين الناس بحبه لفعل الخير ومساعدة المحتاجين والوقوف إلى جانب من يلجأ إليه طلبًا للعون.

وخلال فترة توليه مسؤولياته الإدارية، كنت أسمع من كثير من الأشخاص إشادتهم بجهوده في تحسين أوضاع من كانوا تحت مسؤوليته والسعي إلى توفير ظروف أفضل لهم. وكان من المعروف بين الناس أنه يحرص على التعامل الإنساني مع الآخرين والعمل على تحسين الخدمات والإمكانات المتاحة ضمن حدود مسؤولياته. وقد عزز ذلك الصورة التي عرفتها عنه طوال حياتي، وهي صورة الإنسان الذي يسعى إلى خدمة الآخرين وتحسين أوضاعهم أينما وجد.

ومن خلال ما رأيته بنفسي، لم يكن يرد أحدًا قصده طالبًا المساعدة إذا كان قادرًا على تقديمها، وكان يسعى إلى الإصلاح بين الناس ومد يد العون لمن يحتاجها. ولهذا السبب كان يتمتع بسمعة طيبة واحترام واسع بين من عرفوه وتعاملوا معه. وكثيرًا ما كنت أسمع كلمات الثناء والتقدير بحقه من الأقارب والمعارف وسائر الناس، الذين كانوا يشيدون بأخلاقه الكريمة وشهامته وحسن معاملته. وكان الكثيرون يصفونه بالرجل الذي يمكن الاعتماد عليه في الشدائد، لما عرفوا عنه من وفاء ونبل وحرص على خدمة الآخرين.

إن ما أكتبه اليوم هو شهادة صادقة نابعة من معرفتي الشخصية الطويلة بأخي ومن المواقف التي عشتها معه وشهدتها بنفسي على مدى سنوات طويلة. وقد عرفته دائمًا إنسانًا محبًا لأسرته، بارًا بوالديه، داعمًا لأخته وأبنائها، مساندًا لإخوته وأفراد عائلته في أوقات الشدة، حريصًا على مساعدة الآخرين، ومتمتعًا بسمعة حسنة وأخلاق طيبة.

أشكر المحكمة على إتاحة الفرصة لي لتقديم هذه الشهادة، وأرجو أن تؤخذ هذه الجوانب من شخصية أخي وتاريخه العائلي والإنساني بعين الاعتبار.

وتفضلوا بقبول فائق الاحترام والتقدير

الامارات العربية المتحدة الشارقة
2026/06/20

[redacted]

06/26/2026

The Honorable Hernán D. Vera

United States District Judge

United States District Court for the Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B

Los Angeles, CA 90012

Dear Honorable Judge,

My name is Sofian Haikal. I am an American citizen, a financial advisor with Edward Jones, holding a master's degree in Banking & finance from the University of Birmingham, UK. And the Chartered Financial Analyst designation CFA. I am writing as the son-in-law of Samir Al-Sheikh, with whom I have built a relationship of deep respect and affection over the past fifteen years.

I first came to know Samir when I began dating his daughter Sara back in Syria. At that time, I was a young man educated in the United Kingdom, holding strong convictions against authoritarian regimes. I approached him with understandable caution. But through our years together, I witnessed firsthand the integrity of his character. During Syria's civil war, despite holding an official position, Samir refused to be complicit in wrongdoing. He chose conscience over authority, leaving his post rather than participating in the suffering of others. He lived modestly, never exploiting his position for personal gain, depending instead on his limited income to support his family with dignity. Over time, I came to admire him not as a symbol of a troubled system, but as a man of principle.

What strikes me most about Samir is his unwavering commitment to education and the wellbeing of those he loves. All of his children have pursued advanced degrees, a reflection of his deep belief that knowledge and opportunity matter. This wasn't driven by ambition for wealth or status, but by genuine compassion for their futures. When his wife faced [redacted] and had to come to the United States for months of treatment, Samir remained in Syria caring for their four young children entirely on his own. He devoted himself completely to raising them, managing the household, supporting their education while his

wife fought for her health across an ocean. That sacrifice, that steadiness in the face of hardship, reveals who he truly is.

In America, he continued this quiet devotion. He spent countless hours caring for our children, babysitting so Sara and I could pursue our careers, helping maintain our home, teaching me about gardening and the patience it requires. He took genuine joy in spending time with his grandchildren, never complaining despite the long hours. Even within the Syrian community here—many of whom had experienced the regime firsthand—Samir earned genuine respect and friendship. They saw his character, his integrity, his kindness.

This legal case has placed our family under tremendous strain—both financially and emotionally.

Sara and I came to the United States pursuing the American dream, to build a stable life, to continue our education and build our careers in a country that respects the rule of law and human dignity. We were willing to contribute to this society. We never anticipated being drawn into a prolonged legal battle that would consume our savings, retirement accounts and the funds we had set aside for our children's education. It is important to note that Samir never exploited his position for personal gain or financial advantage. He lived modestly his entire life, dependent on his limited income. When this legal case came, he had no assets or savings to draw from. Our family along with his children has borne the entire financial burden out of love and conviction in his character.

Beyond the financial burden, we have lived with deep emotional strain. Sara and I have worked to shield our children from the trauma of this situation, fearing they would be bullied or traumatized by knowledge of it. Our children [redacted] 9 yrs and [redacted] 5yrs old) speak with their grandfather on the phone every day, not knowing he is in detention. They ask him when he will visit us again, when he will come home. This innocence and longing weighs heavily on all of us, affecting our own wellbeing and peace of mind every single day.

Samir is now seventy-five years old and in severely declining health. He has [redacted] in detention. These health challenges make communication with other inmates and facility staff nearly impossible, especially given the language barrier combined with his hearing loss. He

urgently needs proper medical care that a detention facility cannot adequately provide. Time is running out in ways that cannot be reversed or recovered.

Our family's deepest wish is that he might have the opportunity to spend his remaining years with his children and grandchildren. Whether through a compassionate sentence or leniency that recognizes both his age, his health, and his character, we hope the court will consider what these final years could mean. Every time we look at the trees and flowers he planted in our yard, we remember his hands, his care, his presence. Our children deserve to know their grandfather before it is too late. They deserve warm memories, not loss and trauma.

Respectfully,

Sofian Haikal

**The Honorable Hernán D. Vera**
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

**Re: Character Letter in Support of My Father, Mr. Samir Al-Sheikh**

**Your Honor,**

My name is **Kinda Samir Al-Sheikh**. I hold a Master's degree in Business Administration. I am married and the mother of three daughters: [redacted], who is seventeen years old; [redacted], who is twelve; and J[redacted], who is nine. Although I am not currently employed, I have dedicated much of my life to education, personal development, and raising my family.

I write this letter with deep respect for this Court and with a daughter's love for her father. I understand that the Court must consider the law and the facts before it. My purpose is not to challenge that process, but to share the character of the man I have known my entire life—the father who shaped my values, guided my family, and influenced countless people through his kindness, humility, and generosity.

My father taught me that knowledge is one of life's greatest treasures. His love of education inspired me to pursue learning with passion and curiosity. Because of his encouragement, I learned four languages, studied psychology, and developed a deep interest in children's development. Everything I have achieved has been rooted in his belief that education, integrity, and compassion define a person's true worth.

Throughout my life, my father has been my greatest role model, my closest advisor, and the person whose example I have tried to follow. He taught us that a person's value is never determined by a title or position, but by honesty, humility, and the way they treat others. One lesson he repeated throughout my childhood has remained with me ever since: *"It is not the position that earns respect—it is the person."*

Those words reflected the way he lived every day.

Wherever we went, people greeted him warmly and thanked him for the kindness and help he had shown them. Even after his retirement, people continued visiting our home to seek his advice because they trusted his judgment and knew he genuinely wanted to help. He never sought recognition or praise. Helping others was simply part of who he was.

In our village, many people described my father as someone who believed leadership meant serving others rather than exercising power. He believed every responsibility carried an obligation to improve the lives of those around him, and he lived according to that principle throughout his life.

One of the qualities I admired most was the respect he showed every person, regardless of their position in society. Drivers, workers, employees, police officers, and people of modest means were always treated with the same dignity he showed everyone else. During Ramadan, he personally made sure that the drivers and workers who came to our home were served the same meals as the rest of the family and treated with kindness and respect.

His generosity extended far beyond simple courtesy. On several occasions during the winter, he returned home without his jacket. We later learned that he had quietly given it to someone working with him who did not have adequate clothing for the cold. He never mentioned these acts himself. We only discovered them afterward.

I also remember a man who could not afford transportation to return to his village after a week of work. My father not only paid for his journey home but also gave him additional money so he could buy something for his family. He expected nothing in return. Acts of quiet generosity like this were simply part of his character.

My father's sense of responsibility never ended when the workday was over. Although he often came home briefly in the afternoon to spend time with us, he frequently returned to work until late in the evening because he did not want people's requests or paperwork to be delayed until the next day. He often told us that when people needed help, they should not be made to wait unnecessarily.

Even after retiring, he continued serving others. People still came to him for guidance, and he devoted countless hours to helping families resolve problems, arranging medical assistance through his professional relationships, and offering advice whenever someone needed him. Retirement changed his title, but it never changed his commitment to helping people.

My father also had a remarkable ability to bring people together during times of conflict. In Zabadani, he was often asked to help resolve disputes between families because people trusted his wisdom, patience, and fairness. He believed that reconciliation was always better than division, and he worked tirelessly to calm tensions and encourage understanding. Many members of our community still speak with gratitude about the role he played in preserving peace during difficult times. Their respect for him continues today, and many of them signed a petition describing his integrity and honorable character.

One story has remained especially meaningful to me. It was shared with me by Judge Muhammad Jalalu, who is from our village and now serves as the head of the Jisr al-Shughur Public Prosecution. After the events of 2012, several families desperately sought my father's help after a group of young boys had been arrested. Their mothers feared they might never see their children again. My father did everything he could to assist those families, and after considerable effort, the children were released. That story has been remembered in our community for many years because it reflects the compassion that guided my father's decisions whenever he believed people needed help.

Throughout his life, people often reached out to our family simply to express their appreciation for my father. They shared stories of his generosity, his willingness to listen, and the quiet ways he helped them during difficult moments. Hearing these stories has reminded me that his kindness extended far beyond our own family and touched many lives.

My father possesses qualities that rarely exist together. He is strong yet gentle, disciplined yet compassionate, and a respected leader who has always remained humble. At home, however, he was simply our father and our grandfather—a man whose greatest joy came from spending time with his family.

Since my father has been away from us, our lives have changed completely. His absence has left an emptiness that cannot be described. I miss his daily advice, his encouragement, and the sense of security that came from knowing he was always there whenever I needed him.

His absence has also deeply affected my daughters. My youngest daughter, [redacted] has grown so much over the past two years, and her grandfather has missed so many important moments in her childhood. My daughters continue to ask when they will see him again.

One experience that will stay with me forever occurred just last week. My oldest daughter, [redacted], was hospitalized. When she opened her eyes, the first words she said to me through tears were, **"Mama, is my grandpa going to be sentenced?"** Hearing those words broke my heart. It reminded me how deeply my father's absence has affected not only his children but also his grandchildren, who love him dearly.

One of my favorite memories is watching my father carry [redacted] on one shoulder and [redacted] on the other as he walked with them for a long distance. Although he later suffered from back pain, he never complained because seeing his granddaughters happy meant more to him than his own discomfort. That is the kind of grandfather he has always been—loving, patient, and completely devoted to his family.

Next Sunday is my brother Rami's engagement. It should be one of the happiest occasions in our family's life, yet our joy will be incomplete because my father will not be there to celebrate with us. His absence is felt during every important family milestone.

When I visited my father in the United States, I was deeply saddened by how much he had changed physically. He appeared exhausted and frail. As his daughter, it was painful to see the man who had always been such a source of strength now struggling with the burdens of age and declining health.

My father is an elderly man with significant medical concerns. He also faces the challenge of not speaking English, which has made communication and daily life especially difficult. More than anything, he longs to spend the remaining years of his life surrounded by his children and grandchildren, offering them the same love, guidance, and wisdom that he has always shared with our family.

Your Honor, I respectfully ask that you consider not only the case before the Court, but also the life my father has lived, the values he has instilled in his family, the many people whose lives he has touched through acts of kindness, and the age and health challenges he now faces.

No sentence can erase the pain our family has already experienced or replace the years we have lost together. I respectfully ask the Court to extend mercy and compassion in determining his sentence. My father has always taught us to live with integrity, humility, and respect for others, and those are the values that continue to guide our family today.

Thank you, Your Honor, for taking the time to read my letter and for your thoughtful consideration.

Respectfully,

**Kinda Samir Al-Sheikh**
Daughter of Mr. Samir Al-Sheikh

Cheryl Keller
[redacted]
Lexington, SC [redacted]

July 21, 2024

To Whom it May Concern,

My name is Cheryl Keller and I am writing in reference to Samir Alsheikh. I have known Samir to be a kind and selfless individual and would consider him to be a good neighbor and friend. I have witnessed his altruism several times over the time that we have been acquainted and I do believe that these actions speak for who he is as a person. As a stay at home mom of 3 young kids, I am strongly invested in the community and safety of our neighborhood and I do believe that Samir contributes to this.

My interactions with Samir began as a friendly wave from across the street. I had been acquainted with his son, Rami, as my neighbor since we moved to the neighborhood almost 4 years ago. It was my understanding that his parents would come to visit from time to time and I came to recognize Samir and his wife when they would be visiting. I observed Samir many times doing yardwork and making improvements outside the house. This gives me the opinion that he is an industrious person who does not like to sit around but prefers staying busy with useful projects and work. One day Samir came over to my yard and (with the help of a friend who was interpreting) and began explaining to me that he could help me with my tree because he had some knowledge about how to care for them. I was happy to accept his help because I knew the tree was not thriving. Samir came over two or three times to care for the tree and it began to produce leaves and blossoms. To me, this was the start of a sweet relationship where I came to know him as a helpful and selfless neighbor.

On other occasions, Samir has seen me working in the yard and come over to help me. Although there is a language barrier, I have been able to chat with him through a translator app and get to know him a bit. He is a very kind individual with a genuine concern for others. He is a family man who speaks with pride about his children. I have also seen his character reflected in the way that he has taught positive values to his children because Rami is a good neighbor as well. The family seems to have strong values that are rooted in cultivating respect and strong community as they have offered resources for neighborhood events and always been kind and friendly. When I speak to anyone in the household, I get the impression that they are continuously positive and thankful.

Samir also displays gentle behavior towards my children. While helping me with my yard, he patiently allowed my 4 year old to be involved, coaching him to pull weeds and other such activities. He has always been friendly to my other kids as well, making sure to acknowledge them with a smile and wave across the way and I'm sure I've seen him on more than one occasion assisting neighborhood children to retrieve a ball.

One day, I came home to find that someone had planted a basil plant for me in an empty planter on my porch. I knew immediately that it was Samir who planted it because that is the kindness

that I have come to know him for. I'm sure that he remembered me lamenting that I don't have time for an herb garden when he was showing me the garden that he had planted in Rami's yard.

The Alsheikh household is truly an asset and a bright spot in our community. These examples I have given of Samir and his family are just a few but there are many times where they have given selflessly without asking a single thing in return. Samir goes out of his way for others and has impacted us positively.

Thank you for taking the time to read and consider what I have written..

Respectfully,
Cheryl Keller

**June 5, 2026**

**To the Honorable Judge Hernán D. Vera**

**United States District Judge**

**United States District Court for the Central District of California**

My name is **Ahmad Ali Hassan Bin Qasim**. My mother's name is **Housen Saif Al-Din**. I was born in **Madaya** and currently reside in the town of **Madaya**, which is part of the **Al-Zabadani** area in the Damascus countryside. I hold a personal identification card issued [redacted]

I hereby declare to you that when I was incarcerated at **Damascus Central Prison (Adra Prison)** from **2005 until 2009**, the prison was under the administration of **Gen. Samir Al Sheikh**.

He treated the prisoners in accordance with the applicable regulations and laws. He took excellent care of their affairs and was attentive to their medical and psychological well-being. His greatest concern was for the elderly prisoners. He was a man of good character, and the prisoners held great affection for him.

I remember that while I was imprisoned, an order was issued transferring him to another place, the details of which I do not know. This decision was met with objection from the prisoners because he had been a source of support for them, compassionate toward them, and always worked to help them.

During the period in which he served as the Director of the prison, he established a special office dedicated to receiving prisoners' complaints.

Therefore, I respectfully ask your Honorable Court to grant him fairness and assistance.

Respectfully,

**Ahmad Ali Hassan**
**Signature**

**July 5, 2026**

[redacted]

Hernan D. Vera إلى السيد القاضي

في المحكمة المركزية في كاليفورنيا / الولايات المتحدة الأمريكية /

أنا أحمد علي حسين بن قاسم والدتي حسن سيف الدين تولد مضايا

مقيم في بلدة مضايا التابعة لمنطقة الزبداني في ريف دمشق

أحمل البطاقة الشخصية الصادرة بتاريخ ١٩/٦/٢٠٠٣

تحمل الرقم الوطني ٠٣٢٢٠٠٠٢٥١٨

أصرح لكم انني عندما كنت سجيناً في سجن دمشق المركزي (عدرا) في سنة ٢٠٠٥ ولغاية سنة ٢٠٠٩ كان المسؤول عن إدارة السجن العميد سمير الشيخ الذي كان يعامل المساجين وفق الأنظمة والقوانين وكان يهتم بأمورهم بشكل ممتاز ويقوم على رعايتهم / طبياً ونفسياً / واهتمامه الأكبر كان بالسجناء كبار السن وكان ذو أخلاق حميدة أحبت المساجين به وأذكر أنني عندما كنت سجيناً صدر أمراً بنقله إلى مكان آخر لا أعلمه مما أدى إلى استنكار هذا الأمر من قبل المساجين لأنه كان عوناً لهم وعطوفاً عليهم ويعمل على مساعدتهم.

وخلال فترة استلامه إدارة السجن قام بافتتاح مكتب خاص لشكاوى السجناء لذلك أرجو الضافة ومساعدته من قبل محكمتكم الموقرة

[redacted]

٥/٤/٢٠٢٦

To the Honorable Judge
United States District Court, California

Subject: Character Reference for Mr. Samir Al-Sheikh

Your Honor,
My name is Reem Badr.
I am an IT engineer and hold a master degree.
I am writing this letter to share my personal knowledge of Mr. Samir Al-Sheikh and his character.

I came to know Mr. Al-Sheikh as the father of my close friends, and over the years I had many opportunities to interact with him personally. Through these experiences, I came to know him as a kind, generous, and respectful man who genuinely cared about the well being of others.

What always stood out to me was his generosity and his willingness to help people whenever he could. He never hesitated to offer support, guidance, or assistance to those in need, without expecting anything in return. His kindness and compassion earned him the respect and appreciation of many people around him.

It is my sincere belief that Mr. Al-Sheikh is a man of good character, integrity, and compassion. I respectfully ask the Court to consider these qualities and the positive impact he has had on those who know him when evaluating his case.

Thank you for your time and consideration.

Respectfully,

[redacted]

Council Of Catholic Patriarchs Of The Orient

مجلس بطاركة الشرق الكاثوليك

General Coordination of Prisons

المنسقية العامة للسجون

General Coordination

المنسق العام

**Date :** *July 9 ,2026*

## *Attestation*

**Honorable Judge Herman D.VERA**

**District Court for the Central District of Califoria , USA**

I, the undersigned, Father Elie Gerges NASR, Lebanese Missionary and General Coordinator of Prisons of the Orient, hereby attest that, I have received a call from a Lebanese inmate belonging to the Greek Orthodox Church who is detained in the Central Prison of Adra, asking me for help, I responded to the call, and moved from Jounieh - Lebanon to the Prison mentioned above. Where I met General Samir EL SHEIKH, Director of the Prison at the time, for the first time in the year 2006. I introduced myself to him and my mission in taking care of prisons by the Assembly of Catholic Patriarchs and bishops in Lebanon, and I asked him to meet this prisoner. He summoned him to his office and I spoke to him alone in a private room next to his office, where I learned about the content and details of the case. Indeed, I followed up this case with judge Ahmad EL BAKRI, President of the Criminal Court in Damascus and was able to convince the competent judge to coordinate with the prison director to reduce his sentence.

The second time, I was allowed to enter the prison accompanied by an officer with the rank of lieutenant colonel, and during my transfer, another Lebanese prisoner, from the Shiite sect, turned to me, asking me for help as well as he was oppressed, so I also pursued his case in the criminal court with the same judge. When he learned from me that he was still in prison, and he was the one who immediately issued a ruling acquitting him, he made a call to the prison director to inquire about this matter, and it became clear to him that the summary of the ruling that had been sent to Homs prison, was that another inmate was detained in

Monastary Of St John The Beloved – Headquarters - P. O. Box 1275 – Jounieh - LEBANON

دير مار يوحنا الحبيب، الرئاسة العامة، جونيه – لبنان (ص.ب. ١٢٧٥)

[redacted]

[redacted]

[redacted]

+[redacted]

the same case, and the in detained in Homs prison without the second copy should be sent to Adra prison for notification.

The administration ordered his release, so the matter was dealt with quickly and the court incurred all the expenses due to him.

This credit goes to the director of the prison currently detained by your court.

This brotherly relationship continued even during his period of responsibility as Governor of Deir El Zor Province, and it still exists today. When I would visit him at his home in the AL-ASSAD Province, he would ask me about my activities an services in the prisons and about the conditions of the prisons, and he was always ready, to provide assistance, in case you need anything.

*However,*

I was surprised by the news of his arrest
even though I had only seen in him an
educated, hospitable, listening man with a moral and humanitarian spirit. I discovered these characteristics through my numerous visits to the prison and how to facilitate my mission in helping the prisoners.

In wetness whereof, this attestation was delivered upon request.

Council of Catholic Patriarchs of the Orient ★ General Coordination of Prisons ★

***Fr. Elie NASR M.L.***

***General Coordinator***

Dr Ahmad Ziki Sukkar
Consultant Cardiac Surgeon

الجمهورية العربية السورية
وزارة الصحة

الدكتور أحمد زكي سكر
استشاري بجراحة القلب

QURA AL Sham, July 9th, 2026

C/O Honorable Judge Herman D. VERA

District Court for the Central District of California, USA

Your Honor,

Permit meto introduce myself. I am Dr. Prof. Ahmad Zaki SUKKAR, a now retired heart surgeon, graduated from Barcelona Faculty of Medecine in 1975. I did my specialization in heart surgery in UK under the supervision of Dr. Prof Magdy Yacoub, acclaimed as the best heart surgeon in the world. I continued as Senior Surgeon under the auspices of Dr. Prof. Christian Barnard, in Cape Town, South Africa.

In 1984, I came back to Syria to work as heah of the heart surgery section in Tishreen Military Hospital, before being appointed as Director and Senior Surgeon of the Bassel Heart Institute, the largest and most advanced facility in the whole Near and Middle East (400 beds, 11 operating blocks, with satellites facilities in four Syrian major cities. I took my retirement in 2006, and live now in the peaceful small city of Qura Al Sham. It was at this period I met Gen.Brig. Samir Alsheikh, who was also in retirement.

I don't hesitate to say, after hearing about his trial in USA, that he was during all the period we knew each other, a honest friend and neighbour, ready to serve, ready to help, and very attentionate to the less fortunate people. And I am not talking only in terms of materials.

I know that there are formal things that should be respected during a Court procedures. But my hope, my sincere hope to your Honor, is to make Justice more human, for someone who had served his Country to the best he could.

Yours sincerely.

Dr. Prof. Ahmad Zaki SUKKAR

AZSukkar

السيد القاضي Hernan D Vera

في المحكمة المركزية في كاليفورنيا بالولايات المتحدة الامريكية

حضرة القاضي : أنا شعبان شعبان بن محمد تولد بلدة مضايا عام ١٩٦١ تابعة لمنطقة الزبداني أحمل هوية شخصية صادرة بتاريخ ٢٠/٦/٢٠٠٢ ورقم وطني /٠٢٢٢٠٠٠٩٠٢٠١/

إنني على معرفة بالمتهم السيد سمير الشيخ منذ عام ١٩٩٧، وذلك أثناء خدمته في منطقة الزبداني بصفة مدير منطقة كان برتبة عميد تابع لوزارة الداخلية في سوريا وانا بدوري كنت أعمل قاضي تحقيق وكوني قريباً من محله لم ألاحظ أي مخالفة للأنظمة والقوانين وكان يقوم بواجبه ضمن الاصول ولم أشاهد أي أحد يقوم بالشكوى أو الادعاء عليه أثناء عمله ولم يقم بأذية أي احد وكان مشهور عنه من ذوي الاخلاق الحسنة والسيرة الحميدة وكان محبوب وقريب من اهالي المنطقة ومشهود له بالنجاح بإدارة المنطقة

لذلك ارجو النظر بعين العطف والرأفة والشفقة بحقه وانصافه وتحقيق العدالة بحقه ولكم الشكر

[redacted]

[redacted]



Ex. A

Ex. A_000041

**The Honorable Hernán D. Vera**
United States District Judge
United States District Court for the Central District of California

**Dear Judge Vera**

My name is **Shaaban Shaaban bin Mohammad**. I was born in the town of **Madaya** in **1961**, which is part of the **Al-Zabadani** district. I hold a Syrian national identification card issued on [redacted]

I have known the defendant, **Mr. Samir Al Sheikh**, since **1998**, during the time he served in the Al-Zabadani district as the Director of our district. At that time, he held the rank of **Colonel** and .was affiliated with the **Syrian Ministry of Interior**

For my part, I was serving as an **Investigating Judge**, and because my work brought me into close contact with him, I did not observe any violations of the laws or regulations on his part. He .carried out his duties in accordance with the applicable procedures and legal principles

I never witnessed anyone file a complaint or make any allegation against him during the period of his service, nor did he harm anyone. He was known for his good morals and honorable character. He was well liked and close to the people of the district and was recognized for his .successful administration of the area

Therefore, I respectfully ask the Court to look upon him with compassion, mercy, clemency, and sympathy, to grant him fairness, and to achieve justice in his case

Thank you

**Respectfully**

**Shaaban Shaaban**
[redacted]

**Dated:** July 7, 2026

June 24, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

**Re:** Character Letter in Support of Mr. Samir Al-Sheikh

Your Honor:

My name is Muhab Al Hamoui. I am the husband of Kinda Al-Sheikh, the daughter of Mr. Samir Al-Sheikh, and we have three daughters.

Kinda and I became engaged in 2007 and married in 2008.

I first met Kinda by chance while taking a walk near the Cervantes Spanish language center in Damascus. She caught my attention from the moment I saw her. At the time, I was 35 years old and planning to marry. In Syrian culture, however, it is not customary for a man to approach a woman directly without first learning about her and her family. The traditional steps include learning her name, her family background, her studies, and the reputation of her parents. These traditions are very important in our society.

I made inquiries and learned Kinda's full name, what she was studying, whether she had previously been engaged, and other information that was important to me. I also learned that her father, Mr. Samir Al-Sheikh, was then the director of Adra Prison.

I then spoke with Kinda for the second time, and she gave me her telephone number so that we could talk.

In the meantime, I continued learning about her family, including her father's attitude, behavior, and reputation, as well as her mother's character. This is part of the premarital tradition in Syria and helped me form a clear picture of the family to which I and my future children would be connected for the rest of our lives.

Your Honor, Damascus is a close-knit community, and people often know one another either personally or through reputation. When someone asks about a person or family, others generally share what they know.

Because serious concerns about a person's character are usually known in such a community, I asked many people about Mr. Al-Sheikh over a period of more than three months. If there had been a serious concern about him, I believe I would have heard it. I spoke with people from different backgrounds and did not hear a single negative statement about him. Instead, everyone described him as honorable, respectful, compassionate, and principled.

I then moved to the next step, and a mutual friend arranged an appointment with Mr. Al-Sheikh in his office at Adra Prison.

We went there, and it was the first time in my life that I had entered a prison. It was an unfamiliar experience, and I was surprised by how organized everything appeared. I could hardly believe that the prison was in Syria. The facility appeared organized, disciplined, and well maintained. More importantly, I observed how Mr. Al-Sheikh communicated with the people working under his authority. He gave instructions calmly and respectfully, and he carried himself with the dignity of a true leader.

Your Honor, I understand that the Court may view my statement with caution because I am a relative and may be seen as biased in his favor. However, I offer these statements sincerely and truthfully.

God is the ultimate witness to every word I have written. We have faith that the truth will be revealed. I also follow an important principle that my family has passed down through generations:

We judge a person's character by how he treats other people, not only by how he treats us. A person who treats me well but harms others may one day treat me the same way. Based on the compassion, respect, sound judgment, and goodness I have personally witnessed in Mr. Al-Sheikh, the conduct alleged in this case is inconsistent with the character I have known.

Your Honor, Mr. Samir Al-Sheikh is a good man.

An Arabic proverb says: "No reward bestowed by Almighty God is greater than that granted to a just ruler and a benevolent person."

In the name of Allah, the Most Compassionate, the Most Merciful:

> *"O believers! Stand firm for Allah and bear true testimony. Do not let the hatred of a people lead you to injustice. Be just; that is closer to righteousness. And be mindful of Allah. Surely Allah is All-Aware of what you do."*

Your Honor, I submit this letter sincerely and from my heart. Mr. Al-Sheikh has been an important part of my life and my family for many years. I respectfully ask the Court to consider his character, his history, and the positive impact he has had on those who know him when determining his sentence.

Thank you for your time and consideration.

Respectfully submitted,

**Muhab Al Hamoui**

**Date:** July 3, 2026

**The Honorable Hernán D. Vera**
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

**Dear Judge Vera:**

My name is **Mona Khalil**, and together with my husband, **Hussein Shoreibah**, we respectfully submit this letter in support of Mr. Samir Al Sheikh.

We are the parents of **Dr. Noureldin Shoreibah**, who is married to Mr. Al Sheikh's daughter, Sali. We have known Mr. Al Sheikh since 2018, when our son Noureldin proposed to Sali.

We first met Mr. Al Sheikh in Lebanon during our children's engagement celebrations. From the very beginning, he impressed us with his kindness, generosity, and genuine respect for everyone around him. He invited many of his friends to attend the engagement dinner, and each of them spoke highly of him, describing him as an honorable, respected, and trustworthy man.

Throughout the years we have known him, Mr. Al Sheikh has consistently demonstrated honesty, integrity, and exceptional character. He treats everyone with kindness, sincerity, and respect. These qualities are reflected not only in his interactions with family and friends, but also in the way he carries himself in every aspect of his life. It was immediately clear to us how deeply devoted he is to his family and how much he values them.

**One of the things that left the greatest impression on us was the close relationship Mr. Al Sheikh shares with his children. It was evident how much they loved, respected, and admired him. Seeing how deeply attached his children were to their father spoke volumes about the kind of father he is. We have always believed that the love and respect children show toward a parent are a reflection of the love, guidance, and care they have received throughout their lives. Their bond has always reflected a family built on love, trust, and mutual respect.**

Mr. Al Sheikh moved to the United States in 2020, and since then we have had the pleasure of spending many occasions together as one family. During that time, we have shared many wonderful memories. We have also watched him develop a very special relationship with our granddaughter, [redacted]. It is evident how deeply he loves and cares for her, and seeing them together has always been a source of joy for our family.

One experience, in particular, demonstrated Mr. Al Sheikh's compassion and thoughtfulness. Last year, when Hussein suffered a heart attack and was hospitalized, Mr. Al Sheikh showed extraordinary concern and support. He called every day to check on Hussein's condition and visited him regularly in the hospital to ensure he was recovering well. His kindness, compassion, and unwavering support during such a difficult time meant a great deal to our family and are something we will never forget.

Everything we have personally experienced with Mr. Al Sheikh has reflected a man of integrity, compassion, and deep respect for others. He is a devoted husband, father, father-in-law, and grandfather whose greatest priority has always been the well-being of his family. We have always known him to be a kind-hearted, thoughtful, and caring person who genuinely seeks to help those around him.

We respectfully ask the Court to consider our personal experiences with Mr. Al Sheikh and the character we have witnessed over the years. He has consistently demonstrated honesty, generosity, compassion, and unwavering devotion to his family. We are grateful to know him and are honored to offer this letter on his behalf.

Thank you for your time and consideration.

**Respectfully submitted,**

**Mona Khalil**
**Hussein Shoreibah**

[redacted]

Huntington Beach, CA [redacted]

[redacted]

Your Honour Hernán D. Vera,

I would like to thank you for your time in reading this letter concerning, M. Samir Othman Al-Sheikh.

My name is Samer Rifaat, a Syrian engineer, graduated on 1977 from Damascus University and post-graduated in Master degree from Switzerland on 1982.
I was running my own contracting company ETGS, acting in Syria, Lebanon, Egypt, Jordan and Iraq till retirement on 2012.

I got the chance to meet with M. Al-Sheikh on 2014 during a visit to a common neighbour in Koura, a suburb of Damascus, where we live.

M. Al-Sheikh was retired as well as me when we started to have personal and family visits.
Our relationship grown in a way to share together, meals, short trips and sports activity.

M. Al-Sheikh was a kind, respectable and decent gentleman in all the occasions and circumstances, we shared.
He was well appreciated by many neighbours and friends.
He was generous, polite and tried always to be very helpful to everyone.
His way of life was normal, simple with a remarkable behaviour of integrity.
Our relationship continued till his trip to the USA when we kept telephone calls only.

Your Honour,

I do swear, that every word, event, and act described above is true and precise.

Very many thanks to Your Honour for your time and patience.

Sincerely yours,

Samer Rifaat

France, Paris 1 July 2026

Alisar Al Basha
[redacted]
Lebanon
[redacted]

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

July 7, 2026

Dear Honorable Judge Vera,

My name is Alisar Al Basha. I am 30 years old, a personal trainer and certified yoga teacher, a divorced mother to my three-and-a-half-year-old daughter. I respectfully submit this letter to share my personal experience and observations regarding Mr. Samir Al Sheikh, a man whom I have known and admired for most of my life.

I have been a very close friend of the Al Sheikh family, especially Mr. Samir Al Sheikh's son, Rami Al Sheikh. Rami and I met in the third grade after his family moved next door to ours. We quickly became best friends and have remained so ever since. Through this lifelong friendship, I came to know Mr. Samir not only as Rami's father but as someone who became an important figure in my own life.

Mr. Samir was also a very dear friend of my parents. My father always spoke of him with great admiration and respect, often describing him as a man of integrity, honour, and generosity. As long as I can remember, Mr. Samir has been a constant source of kindness and support to my family.

When I learned of Mr. Samir's arrest, I was heartbroken. To me, he has always been much more than my best friend's father—he has been like a second father.

My own father has been living with Multiple Sclerosis for more than twenty years. His illness greatly affected his ability to be physically present during many important moments of my childhood. During those years, Mr. Samir stepped into my life with extraordinary kindness. He welcomed me into his home as if I were one of his own children. He gave me guidance when I needed it most, encouraged me, looked after me, and made sure I always felt safe and cared for. I consider myself incredibly fortunate to have grown up with not one, but two father figures.

Some of my fondest memories are of Rami and me spending long evenings studying together at their home. Mr. Samir was always there, making sure we had everything we needed to succeed. He genuinely cared about our education, our well-being, and our future. His home

was always filled with warmth, generosity, and encouragement.

His kindness was never limited to me alone. He always treated my brother and sister with the same generosity and respect that he showed me. Whenever my family experienced difficult times, Mr. Samir was always willing to help in whatever way he could. His generosity was never something he sought recognition for; it simply reflected the kind of person he is.

Throughout the many years I have known him, Mr. Samir has consistently been respectful, compassionate, disciplined, and hardworking. I honestly cannot remember a time when I saw him idle. He was always working, always providing for his family, and always striving to help those around him. He carried himself with dignity and treated everyone with kindness regardless of their background or position.

I remember him attending my engagement, and I could see the genuine happiness in his eyes. It felt as though one of his own daughters was celebrating that special day. That moment remains very meaningful to me because it reflected the love and care he has always shown toward the people in his life.

Mr. Samir's greatest pride has always been his family. He loved them deeply and devoted himself to raising children who have become kind, respectful, and successful individuals. I feel truly honoured to call them my lifelong friends. His character is reflected in the values he instilled in them.

Everyone who knew Mr. Samir respected him—not because of any title or position he held, but because of his humility, his generous heart, and the respect he consistently showed to others. He had a remarkable presence; wherever he went, people remembered him because of the way he treated them. I grew up watching him, learning from his example, and considering him a role model. I continue to hold that respect for him today.

I cannot speak to the allegations or evidence in this case. However, I can speak with complete honesty about the man I have known for nearly my entire life. The Samir Al Sheikh I have known has been compassionate, generous, dependable, and deeply devoted to his family and community.

I respectfully ask the Court to consider the many years during which Mr. Samir demonstrated kindness, generosity, and unwavering support to those whose lives he touched, including my own.

Thank you for taking the time to read my letter and for considering my personal observations. I offer them with the utmost sincerity and respect.

Respectfully,

**Alisar Al Basha**

Radwan Kashlan

Alpharetta, GA 30003 United States

[redacted]

June 26, 2026

The Honorable Hernán D. Vera

United States District Judge

United States District Court Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B Los Angeles, CA 90012

Dear Judge Vera: I am writing this letter in support of Mr. Samir Al-Sheikh, whom I have known personally for many years. I am aware of the circumstances surrounding his case; however, I respectfully wish to address only the character and qualities that I have personally observed throughout the years I have known him. Throughout the years I have known Mr. Al-Sheikh, I have consistently found him to be a respectful, honorable, and responsible individual. He has always treated others with dignity, kindness, and consideration, regardless of their background or position. He carries himself with integrity and has demonstrated strong moral values in both his personal and professional life.

Mr. Al-Sheikh is a devoted family man who deeply cares for his loved ones and takes his responsibilities seriously. He has always been hardworking, dependable, and willing to lend a helping hand to those in need. I have never witnessed him behave aggressively, disrespectfully, or unfairly toward anyone. To the contrary, he has always conducted himself in a calm, thoughtful, and courteous manner.

The current circumstances have undoubtedly been difficult for him and his family. Based on my personal knowledge of Mr. Al-Sheikh's character, I respectfully believe that he is fundamentally a good man who has spent many years living as a responsible, caring, and law-abiding member of his community. I respectfully ask the Court to consider the person I have known for many years and to extend mercy and fairness in determining an appropriate sentence.

Thank you for your time and consideration.

Respectfully, Radwan Kashlan

**Declaration and Testimony:**

**to the Honorable Judge Hernán D. Vera of the United States District Court for the Central District of California**

We, the undersigned community leaders of the **Al-Zabadani** area in the Damascus countryside, hereby declare the following:

Since **Colonel Samir Al Sheikh** served as the Director of our district between **1995 and 2000**, we testify that he was an outstanding officer in the administration of the district. He treated everyone with humanity, kindness, and respect, regardless of their religious denomination or ethnic background.

He was also committed to resolving disputes among people through mutual understanding and reconciliation, without resorting to force or threats.

Accordingly, we sign this declaration.

**Executed on July 4, 2026**

**Signatories:**

- Jamil Youssef
- Ahmad Ali Hussein
- Mohammad Kamal Assaf
- Mohammad Youssef Ibrahim
- Abdul Rahman Shaaban Shaaban
- Hassan Al-Halabouni
- Hazem Jawad
- Ismail Al-Dalati
- Abdullah Youssef
- Ziad Mahmoud
- Ziad Nassif
- Rashid Abdul Nabi
- Khaldoun Baraish
- Issa Sawwan
- Khalil Shahadeh
- Fares Ziad Hanna
- Yahya Al-Zoubi
- Mousa Al-Ghadban
- Jihad Al-Khoury
- Bassam Khreita
- Khalil Daoud
- Mashhour Al-Tal
- Haitham Al-Toutou

- Wael Al-Dalati
- Mazen Youssef
- Hussein Al-Toutou
- Ghiyath Al-Dalati
- Asaad Daoud
- Issa Daoud
- Hisham Al-Dalati
- Kamal Al-Dalati
- Mustafa Abbas
- Kamel Hashem
- Mohammad Ismail
- Ali Ismail
- Ahmad Al-Baqai
- Mohammad Abdo Shams
- Haitham Jawhar
- Abdul Wahab Shams
- Mohammad Mazloum
- Hossam Mustafa
- Jihad Hamou
- Hassan Mustafa
- Issam Mousa
- Fawzi Al-Maher
- Haitham Nasser
- Walid Hussein
- Hassan Hashem

إلى السيد القاضي : Hernan D. Avcv a في المحكمة كاليفورنيا بالولايات المتحدة الامريكية احترام ومشرفين

نحن وجهاء منطقة الزبداني في ريف دمشق نقر بما يلي :

لما كان العميد سمير الشيخ قد تولى مديراً لمنطقتنا بين عامي ١٩٩٥ - ٢٠٠٠

فإننا نشهد بأنه كان مثال الضابط الناجح في إدارة المنطقة حيث كان يتعامل

مع الجميع بكل إنسانية وود واحترام وبكل [illegible] وانتمائهم الديني والعرقي

كما كان حريصاً على حل المشاكل بالتراضي بين الناس دون اللجوء إلى القوة

أو التهديد وعليه نوقع        حررت بتاريخ ٧ / ٤ / ٢٠٢٦

| | | |
|---|---|---|
| جميل يوسف | فارس زيادة | عمر الدالاتي |
| احمد علي حسين | يحيى الزرقاني | كمال الدالاتي |
| محمد كمال غسان | موسى المصطفى | مصطفى عباس كنيار |
| محمد يوسف | جهاد الخوري | كامل هاشم |
| ابراهيم عبد الرحمن | بسام خريطة | محمد اسماعيل M.A |
| مشابه مشابه | خليل داوود | علي اسماعيل |
| سعد الحلبوني | مشهور البغل | احمد البقاعي |
| حازم جواد | هيثم الصوصو | محمد عبدو شمس |
| اسماعيل الدالاتي | وائل الدالاتي | هيثم جوهر |
| عبد الله يوسف | مازن يوسف | عبد الوهاب شمس |
| زياد محمود | حسن الصوصو | محمد مظلوم |
| زياد ناصيف | غياث الدالاتي | حسام مصطفى |
| رشيد عبد النبي | اسعد داوود | جهاد حمود |
| خلدون برغليش | عيسى داوود | صابر مصطفى |
| عيسى صوايا | هشام الدالاتي | عصام موسى |
| خليل شلوح | رباح [illegible] | فوزي المصري |
| | | هيثم ناصيف |
| | | وليد حسنة |
| | | سعد هاشم |

**The Honorable Judge Vera**
California Court, United States of America

I am Judge **Hisham Anwar Zaza**, from the city of Damascus, Syria, born in 1953.

I am aware of the charges directed against the detainee, **Samir Othman Al Sheikh**. The aforementioned person was my colleague during our university studies at the Faculty of Law, Damascus University, during the seventies of the last century. I also knew him through our residence in the same neighborhood in the city of Damascus, namely **Rukn al-Din**.

After graduating from the university, he volunteered, like many holders of law degrees, in the police service and graduated from the Police College with the rank of **First Lieutenant**. I, on the other hand, joined the Bar Association for a period of time, then entered the judiciary until I reached retirement, after which I returned to the practice of law.

Through all of that, I know the detainee before you, who comes from an ordinary family in terms of its living and economic standard. Samir was raised under the care of his uncle because he had been fatherless since he was very young. His family enjoys a good reputation, and throughout his life, until the date of his travel to the United States, he remained a man of good conduct and good behavior.

During his service in the civilian police, he did not mistreat anyone and used to provide whatever services he could to all those who sought his assistance.

When he was the Director of Damascus Central Prison, affiliated with the Ministry of Interior, I neither saw nor heard that he mistreated any detainee in the prison. By virtue of my work in the judiciary at that time, I know that the families and relatives of the detainees praised him for his good treatment of them during their visits to their detained sons and relatives. He allowed them to bring food, clothing, other necessities, all medical medications, and other items to their relatives in order to ease the hardship of imprisonment upon them.

For this reason, we hope that Your Honor will do him justice and look upon him with compassion and mercy.

Respectfully,

**Hisham Anwar Zaza**

July 6, 2026

[redacted]

Mohammad Al-Ahmad
[redacted]
Mississauga, Ontario, Canada, L5M 5T8
[redacted]

June 26, 2026

The Honorable Hernan D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera,

My name is Mohammad Al-Ahmad , and I am a Senior Project Engineer working for the Ministry of Transportation of Ontario (MTO) in Canada. I am writing this letter in support of Mr. Sameer Sheikh. While I am aware that Mr. Sheikh is currently involved in a legal matter, I am writing solely to share my personal experiences with his character and the kind of person I have known him to be over the years.

I have known Mr. Sameer Sheikh and his family since 2008, when I was a child living in Damascus, Syria. I became close friends with his son, Rami Sheikh, through school, and our friendship led me to spend time at their family home on many occasions.

During every visit, Mr. Sameer Sheikh treated me with genuine kindness, respect, and hospitality. As a young child, I always felt welcomed in their home. He created an environment where I felt comfortable and safe, and I remember him as someone who was warm, approachable, and generous toward both family members and guests. His welcoming nature left a lasting impression on me, even at a young age.

From everything I personally observed, Mr. Sheikh was a devoted family man who cared deeply about his family and treated others with respect. He consistently demonstrated good character through the way he welcomed people into his home and the kindness he showed to those around him. These are qualities that have stayed with me for many years.

Based on my experiences with Mr. Sheikh, I respectfully ask the Court to consider the person I have known when determining an appropriate sentence. I believe he is deserving of compassion and fairness.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Mohammad Al-Ahmad, P.Eng.

Khaled Fayyad Asaad
Rural Damascus – Al-Qutayfah – Al-Tawani, Syria
[redacted]

June 26, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera:

I respectfully address Your Honor through this letter in my capacity as a former colleague of Samir Al-Sheikh, as we worked together in the same field. I write in order to provide testimony based on my personal experience with him, reflecting the truth of his character and the nobility of his morals, especially as the sentencing hearing approaches.

Although I understand that Your Honor is fully aware of the circumstances and details of the case before the Court, and of the nature of the judicial proceedings, what compels me to write today is my firm belief in the humanitarian and moral side represented by former Brigadier General Samir Al-Sheikh, based on my personal experience with him over the years.

I had a strong professional relationship with former Brigadier General Samir Al-Sheikh that lasted for more than four years, from 2004 until 2009, when I came to know him in the internal security sector of the Syrian state. Throughout those years, I witnessed only good qualities from him. He was an example to be followed in integrity, honesty, and constant dedication to serving people and helping those in distress without seeking any personal benefit.

He was also known for standing with the oppressed, carefully seeking the truth, and having a sincere desire to help build a cohesive society based on work, ethics, and harmony.

On a personal and humanitarian level, everyone who dealt with him knew the extent of his attachment to his family and his devotion to them. He was a good example for his children and a main pillar of support for his home and his surrounding community.

The difficult turning point that he is currently experiencing through this hardship, and the significant emotional impact it has had on him and his family, cannot be ignored. I am fully confident that he carries good intentions in his heart and was never someone who sought

to harm anyone. Rather, he has the strong will to continue his life as a positive and upright member of his community.

Based on my deep knowledge of his character and his firm principles, which have not changed over time, I respectfully ask Your Honor to take this testimony into consideration.

I thank Your Honor for your valuable time and careful attention in reading this letter.

Respectfully submitted,

Khaled Fayyad Asaad

Saad Hammond
[redacted]
Leesburg, VA 20176

804-608-9056

July 4, 2024

The Honorable Hernán D. Vera
United States District Judge
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera,

My name is Saad Hammond, and I have known Mr. Samir Al-Sheikh for approximately 30 years. Throughout our friendship, he has always been a respectful, kind, and honorable person.

I first met Mr. Al-Sheikh while we were living in Zabadani, Syria, during the time he served as the Mayor of Zabadani. I personally observed the way he treated people—with fairness, respect, and compassion. He was well respected within the community and was known for treating everyone equally.

I am writing this letter because I believe it is important for the Court to know the character of the man I have known for many years. In my experience, Mr. Al-Sheikh has always conducted himself with integrity and has consistently shown kindness and respect toward others. He has earned the trust and respect of those who know him.

I respectfully ask the Court to take my testimony into consideration when evaluating Mr. Al-Sheikh's character. Based on my personal knowledge and long-standing friendship with him, I believe he is a good and genuine person.

Thank you for your time and consideration.

Respectfully,

Saad Hammond

Ahmad Wajih Al-Housi
[redacted] Idlib, Syria
[redacted]

July 7, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera:

I am writing to share my personal knowledge of Mr. Samir Othman Al-Sheikh and his humanitarian work.

Mr. Samir Othman Al-Sheikh is a compassionate and charitable man who has always cared deeply about helping the poor and those in need. One example of his generosity occurred in 1990, when he personally funded the construction of an artesian water well in his village of Baksariya, which was suffering from a severe shortage of drinking water. He also paid for the installation of a water pump, pipelines, and a water storage tank.

As a result of his generosity, the residents of the village have continued to benefit from clean drinking water from this well to this day.

I respectfully submit this statement so that the Court may consider this example of Mr. Al-Sheikh's character and his longstanding commitment to helping others.

Thank you for your time and consideration.

Respectfully,

Ahmad Wajih Al-Housi

Shaker Mohammad Al-Housi
[redacted], Idlib, Syria
[redacted]

July 7, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera:

I am writing to share my personal knowledge of Mr. Samir Othman Al-Sheikh and the charitable work he has done for his community.

In 2006, Mr. Samir Othman Al-Sheikh built a medical clinic in his village entirely at his own expense. He equipped the clinic with medical equipment so that it could provide healthcare services to the residents of his village as well as neighboring villages.

During the Syrian conflict, the clinic also served displaced persons and refugees who relied on its medical services. His generosity and commitment to helping others had a meaningful and lasting impact on many people in the community.

I respectfully ask the Court to consider this example of Mr. Al-Sheikh's character and dedication to serving those in need.

Thank you for your time and consideration.

Respectfully,

Shaker Mohammad Al-Housi

Ahmad Qasim Rashq
Damascus, Syria
[redacted]

July 7, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Re: United States v. Samir Othman Al-Sheikh

Dear Judge Vera,

My name is Ahmad Qasim Rashq, and I reside in Damascus, Syria.

I am a Syrian citizen born in 1970. I completed my education in Syria and earned a Bachelor of Laws degree from the University of Damascus. Following my graduation, I joined the Damascus Branch of the Syrian Bar Association in 1996, where I became a licensed attorney.

For reasons unrelated to this letter, I was incarcerated at Damascus Central Prison. During my imprisonment, Mr. Samir Othman Al-Sheikh became the director of the prison in 2007.

I recently learned from relatives of Mr. Samir Othman Al-Sheikh that he is currently detained in the United States. Because of my direct experience working with him during his administration of the prison, I believe it is my duty to provide the Court with an honest account of my observations.

Because I held a law degree, I served as the head of the prison's Legal Affairs Office. This office acted as the liaison between inmates and the prison administration, as well as between inmates and the courts. Our primary responsibility was to assist indigent prisoners who could not afford legal representation. Through cooperation between the prison administration and the Prisoners' Welfare Association, volunteer attorneys regularly visited the prison to provide free legal assistance to inmates in need.

During my work in the prison, I came to know Mr. Samir Othman Al-Sheikh in his capacity as the prison director. Other than our professional interactions inside the prison, I have no

personal relationship with him. However, I witnessed firsthand many of the reforms and improvements he introduced that significantly benefited the inmate population.

Among the initiatives I personally observed were the following:

1. He authorized private family visitation rooms once each month, allowing inmates to meet with their families in a room without bars separating them.
2. He permitted computers to be brought into the prison so inmates could develop skills and receive computer training through organized educational courses.
3. He established and activated the prison's engineering office, allowing inmates with vocational skills to perform professional work within the prison.
4. He created vocational workshops inside the prison, including tailoring, agriculture, and other trades, giving inmates meaningful work opportunities.
5. He designated recreational areas in each prison wing where inmates could exercise and participate in sports.
6. He established an inmate complaint box and personally reviewed complaints on a daily basis.

These were only some of the many improvements he implemented during his administration. All of these initiatives were intended to improve the living conditions and welfare of the inmates.

Throughout my work in the prison, I regularly submitted recommendations aimed at improving prison conditions and inmate welfare. Mr. Al-Sheikh approved many of these proposals and directed prison officials to implement them whenever appropriate.

Based on my firsthand observations, I found Mr. Samir Othman Al-Sheikh to be a person of good character who genuinely sought to improve the conditions of those under his supervision. During his tenure as prison director, he introduced numerous positive reforms that benefited inmates and improved their daily lives.

I respectfully submit this statement because I believe the Court should have the benefit of hearing from someone who personally observed his conduct during that period. In my opinion, his actions demonstrated compassion, professionalism, and a sincere commitment to improving prison conditions. For these reasons, I respectfully believe he is deserving of the Court's consideration.

Thank you for your time and consideration.

Respectfully submitted,

Ahmad Qasim Rashq
Damascus, Syria
[redacted]

June 26, 2026

Elias Chamma
[redacted]
Orange Park, Florida 32065
[redacted]

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera:

My name is Elias Chamma, and I am the former owner of [redacted], which was located [redacted] in West Columbia, South Carolina. I lived and worked in West Columbia from February 2023 until October 2025, when I moved to Florida.

While living in West Columbia, I became close friends with Rami Alsheikh, who introduced me to his father, Mr. Samir Othman Alsheikh. Through this friendship, I had several opportunities to spend time with Mr. Samir and get to know him personally.

Mr. Samir invited my wife and me to his home on many occasions to share home-cooked meals that he prepared with great care. He has a passion for antique vehicles and artwork, and he takes pride in collecting and maintaining them in good condition.

I have always known Mr. Samir to be respectful, generous, and helpful. He offered me valuable advice regarding my automobile business and personally helped me transport vehicles from auctions to my dealership. His willingness to help others without expecting anything in return made a strong impression on me.

I also observed how deeply he cared for and supported his son, Rami, including encouraging him throughout his education and career in civil engineering. Mr. Samir occasionally spoke with great sadness about how Syria had changed and the hardship and destruction experienced by the country and its people. It was clear that seeing what had happened to his homeland was deeply painful for him.

I was shocked and saddened when I learned of Mr. Samir's arrest. I understand that the Court must carefully consider all the circumstances of his case. I respectfully ask that the Court also consider the kindness, generosity, and respect that I personally witnessed throughout the time I have known him.

Thank you for taking the time to consider my letter.

Respectfully,

Elias Chamma

Khaled Mustafa Saleh
Idlib, Syria
[redacted]

July 5, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court
Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera:

Greetings,

I, the witness Khaled Mustafa Saleh, from Idlib Governorate, Syria, give my testimony regarding the person named below, Mr. Samir Othman Al-Sheikh.

He is a man of high morals and a kind heart. He is a humanitarian person who serves everyone who comes to him. In his capacity as an honorable officer, he was never involved in harming anyone in any way.

On the contrary, he was always at the service of everyone who came to him. I remember one occasion when a neighbor came to him needing money to perform surgery for her sick son. He did not turn her away disappointed. Instead, he gave what he was able to give from the amount, and for the amount he could not cover himself, he sought help from his colleagues until he secured the full amount for her.

He also did not forget the village he came from. He was involved with providing it with electricity and water, paving the roads, and building a health center in that village, which is remote, far from the main city, and somewhat forgotten in terms of services and infrastructure. All of this benefited the people of that village to this day.

I say this in my testimony honestly and without exaggeration: if this country had ten men with his morals and kindness, Syria would be in a different condition.

In conclusion, we thank you for listening to us, and we ask that you accept our testimony regarding this man and take it into consideration.

Respectfully,

Khaled Mustafa Saleh

[redacted]

Mohamed Riahy
[redacted]
Wellesley, MA 02481
USA

[redacted]

June 27, 2026

The Honorable Hernan D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Re: Character Reference Letter for Samir Othman Alsheikh

Dear Judge Vera,

My name is Mohamed Riahy, and I am writing this letter in support of Mr. Samir Othman Alsheikh.

I have known Mr. Alsheikh through his son, Rami, who has been a close friend of mine for nearly 10 years. Over the years, I have had several conversations and interactions with Mr. Alsheikh, and he has always treated me with kindness, respect, and warmth. Every interaction I have had with him has reflected someone who is courteous, thoughtful, and respectful toward others.

I understand the seriousness of this matter and offer this letter only based on my personal experiences with Mr. Alsheikh. From what I have personally seen, the public narrative I have encountered online does not reflect the person I have come to know. In my experience, Mr. Alsheikh has consistently demonstrated good character, kindness, and integrity.

I respectfully ask that you consider my personal interactions with Mr. Alsheikh as part of your evaluation. Thank you for your time and consideration.

Sincerely,

Mohamed Riahy

Moutaz Refaii
[redacted] Mississauga Ontario L5V3C3
June 24, 2026

The Honorable Hernan D. VeraUnited States District JudgeUnited States District Court for the Central District of CaliforniaFirst Street Courthouse350 W. 1st Street, Courtroom 5BLos Angeles, CA 90012

Dear Judge Vera,

I am writing this letter in support of Mr. Samir Al Sheikh, whom I have had the pleasure of knowing for many years through my childhood best friend. I have known his son since 2008, and over the years I have had many opportunities to spend time with their family and get to know Mr. Al Sheikh personally.

I understand that Mr. Al Sheikh is currently before the Court. While I am not writing to discuss the facts of the case or offer an opinion on the legal matters before you, I would like to share my personal experience with the man I have known.

From the time we were kids, whenever I visited their home, Mr. Al Sheikh was always incredibly welcoming and generous. He often hosted us, prepared barbecues for us, and always made me feel like I was part of the family. Those are memories I have carried with me for many years.

The last time I saw him was in 2023 when I visited California. Once again, he welcomed me into his home with warmth and kindness. He prepared breakfast for us, made sure everyone was comfortable, and treated me with the same generosity and hospitality that I had experienced throughout the years.

Throughout the many years I have known Mr. Al Sheikh, I have consistently found him to be respectful, compassionate, generous, and deeply devoted to his family. He has always treated others with kindness and dignity, and every interaction I have had with him has reflected a person of integrity and good character.

Based on my personal experiences over nearly two decades, I genuinely believe that Mr. Samir Al Sheikh is a good person. While I fully respect the judicial process and the Court's responsibility in this matter, I respectfully ask that the person I have come to know over the years his character, kindness, generosity, and the positive impact he has had on those around him be taken into consideration when determining an appropriate sentence. I believe these qualities are an important part of who he is and deserve to be reflected in the Court's decision.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,
Moutaz Refaii

Salah Hassan Odeh
[redacted]
Rural Damascus, Syria
[redacted]

June 25, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera,

I am writing this letter in my capacity as a former colleague of Mr. Samir Al-Sheikh to provide an honest account of his character and ethics in support of the Court's consideration before sentencing.

Although I understand that Your Honor has a full understanding of the facts, circumstances, and legal issues surrounding this case, I felt compelled to write because of my deep conviction regarding Mr. Samir Al-Sheikh's true character as I came to know him over many years.

I had the privilege of knowing Mr. Samir Al-Sheikh for more than four years, from 2004 until 2008, when we worked together in the Syrian Ministry of Interior. Throughout that entire period, I witnessed nothing but integrity, honesty, and professionalism. He consistently demonstrated fairness, compassion, and a sincere commitment to helping those who were treated unjustly. He never sought personal gain from assisting others. Instead, he worked diligently to uncover the truth, uphold justice, and serve the community with dedication.

Beyond our professional relationship, everyone who knew him recognized the love and devotion he had for his family. He was always a caring father who worked tirelessly to provide for and support his children. He was a source of strength and stability for both his family and the community around him.

It has been deeply painful to witness the hardship and suffering that his current circumstances have caused him. From everything I personally observed, I continue to believe that he is a fundamentally decent, honorable, and law-abiding individual who has always sought to do good for others. While no person is without flaws, I sincerely believe he

possesses the character, integrity, and values necessary to continue making positive contributions to society.

I respectfully ask the Court to consider this testimony, which is based on my personal knowledge and years of firsthand experience with Mr. Al-Sheikh. I hope it may assist the Court in evaluating his character with fairness and compassion at the time of sentencing.

Thank you for your time and consideration.

Salah Hassan Odeh

Taysir Kamnaksh

Syria, Damascus, Mezze

[redacted]

[redacted]

Date: 25 June 2026

The Honorable Hernan D. Vera

United States District Judge

United States District Court for the Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B

Los Angeles, CA 90012

**Re: Letter of Support for Brigadier General Samir al-Sheikh**

Dear Judge Vera,

I, Dr. Taysir Kamnaksh, have known Brigadier General Samir al-Sheikh for nearly fifty years. We grew up in the same neighborhood in Damascus, and over time our relationship extended to the family level, as we formed a true friendship and our families spent a great deal of time together throughout the years.

Based on my close acquaintance with him, I can say that Brigadier General Samir al-Sheikh was a lover of peace and rejected violence. He loved his family and friends and was deeply attached to them. He loved doing good, hated injustice, helped everyone, and was devoted to his work. In his dialogues with the opposition, he tended toward moderation and called for renouncing violence and bringing viewpoints closer together with the regime.

Accordingly, by virtue of my close knowledge of him, I believe that many of the charges directed against him do not reflect reality and that most of them are malicious. I trust in the

integrity and fairness of the American judiciary, and I believe that Brigadier General Samir al-Sheikh deserves a fair and just trial that culminates in his humanitarian release so that he may return to his family.

Respectfully,

______________________________

Dr. Taysir Kamnaksh

Ahmad Brinjikji
Istanbul, Türkiye
[redacted]
Date: 07.07.2026

The Honorable Hernan D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera,

My name is Ahmad Brinjikji, and I am a Syrian citizen currently residing in Istanbul, Türkiye. I respectfully submit this letter in support of Mr. Samir Osman Alsheikh. Although I am aware of the circumstances surrounding his case, I fully respect the judicial process and do not intend to comment on the legal issues before the Court. My purpose is simply to share my personal knowledge of Mr. Alsheikh's character and the man I have known for many years.

I first met Mr. Samir and his family in approximately 2008 or 2009. His son, Rami, was one of my closest friends at school, and our families were neighbors living in the same neighborhood. Because of this close relationship, I spent many years around their family and had the opportunity to know Mr. Samir not as a public official, but as a father, a husband, a neighbor, and an ordinary member of our community.

From the first day I met him, I knew him as a humble and disciplined man. He came from a small agricultural town in Syria, and his personality reflected those roots. He appreciated a simple life, loved nature, believed in waking up early, and always valued honest work. Even during periods when he was unemployed, he never appeared bitter or resentful. Instead, he remained focused on providing for his family and living with dignity.

I never witnessed Mr. Samir behaving aggressively toward anyone or creating problems within our neighborhood. On the contrary, he was known for treating people respectfully regardless of their background or social status. I cannot remember hearing his name associated with disputes or conflicts. He was quiet, approachable, and someone people respected because of his character rather than his position.

His greatest source of pride was undoubtedly his family. His children were always respectful, humble, and well-mannered. Having spent many years around them, I could

clearly see the positive influence that both Mr. Samir and his wife had on raising them. They consistently treated others with kindness and respect, valued education, and carried themselves with humility and good manners. To me, this reflected the loving, disciplined, and respectful environment Mr. Samir created within his home. I have always believed that a person’s true character is often reflected in the values of his children, and his family is one of the strongest examples of the man I came to know.

Over the years, I also came to know more about the difficulties he experienced in his professional life. Long before the Syrian conflict escalated, I learned that he had previously lost his government position after standing by institutional rules and refusing to overlook misconduct by an influential prisoner who, according to what I consistently heard from multiple people who knew the situation, enjoyed powerful political protection. Rather than being supported, Mr. Samir was removed from his position and remained unemployed for a significant period. Whether every detail of that story was known to me firsthand or through people close to him, what remained consistent was the impression it left on everyone who spoke about it: that he was a man who believed in discipline, fairness, and carrying out his responsibilities even when doing so came at a personal cost.

Later, after the Syrian conflict began, he was called back into government service and assigned to Deir ez-Zor, far away from his wife and children. For well over a year, he spent most of his time separated from his family and was only able to return home briefly when circumstances allowed.

During the years of the Syrian conflict, I came to understand a reality that was familiar to millions of Syrians. Based on what I personally witnessed, what I learned from Mr. Samir’s family over many years, and what was widely understood by those living under the Assad government, individuals serving in government positions often had little real freedom to refuse assignments or decline orders without risking serious consequences for themselves or their families. Many people found themselves trapped in situations where every available choice carried significant personal risk. I am not in a position to comment on the legal issues before this Court, nor is that the purpose of this letter. I simply believe this context is important in understanding the tremendous pressure under which Mr. Samir lived for many years. Despite those circumstances, the man I came to know remained devoted to his family.

What always stood out to me was that, despite those hardships and uncertainties, Mr. Samir never allowed those pressures to change the way he treated people around him. The same humble, respectful, and family-oriented man I knew before those difficult years remained the same person afterward. Mr. Samir was known for his simplicity. He never lived an extravagant lifestyle and never presented himself as someone seeking power or status. He always seemed proud of his roots. He enjoyed nature, appreciated

simple living, and preferred spending his time with his family rather than seeking attention or social recognition.

As the situation continued to deteriorate, I personally witnessed his growing concern for the safety of his children. Eventually, he made the heartbreaking decision to send them abroad while he remained alone in Syria. Even after they had left, he discouraged them from returning because he feared for their safety. As someone who knew the family personally, I saw how painful those years were for all of them. Every conversation with Rami reflected the emotional burden his father carried and the sacrifices he made in an effort to protect his family knowing that he might never be able to see them again.

Throughout all the years I have known Mr. Samir, one thing has never changed: he has always placed his family before himself. He never struck me as someone motivated by power, wealth, or personal ambition. Instead, I knew him as a man who valued responsibility, discipline, honesty, and respect for others. Those qualities remained consistent despite the many hardships and uncertainties that shaped his life.

I understand that Your Honor must carefully weigh many factors in determining an appropriate sentence. I simply hope that my personal experience with Mr. Samir over nearly two decades may assist the Court in understanding the character of the man I came to know. Based on everything I personally witnessed and experienced, I respectfully believe that he is a decent, hardworking, and compassionate individual who deserves mercy and consideration.

Thank you for your time, your service, and your thoughtful consideration of my letter.

Respectfully,

Ahmad Brinjikji

Dear Judge Vera,

My name is Caroline Hughes, and I am writing this letter in support of Mr. Samir Alsheikh. I have known his son, Rami, for over 15 years, since we met in high school in April 2011. Rami has often referred to me as his first friend in the United States, and over the years he has become one of my most trusted friends. Through this long-standing friendship, I have come to know Mr. Alsheikh and his family, including his wife, his son Rami, and his daughters Kinda, Sally, and Sarah.

I am aware of the circumstances surrounding this case and understand its seriousness. I am not writing to address the legal matter itself, but rather to share my personal experience with Mr. Alsheikh as a father and the family I have come to know through his wife and children over many years.

I first met Rami shortly after he arrived in the United States as a teenager under extremely difficult circumstances. He came to the United States with very little notice, leaving behind the life he knew and beginning a new chapter in a country that was unfamiliar to him. One of the things that helped him navigate that transition was access to a private education where he was able to learn English as a second language in Syria. Rami once shared with me that if he had not had been fortunate enough for his family to afford him that opportunity, he would have arrived without the ability to communicate in English, making an already difficult transition even harder.

Despite these challenges, Rami persevered. He learned to navigate a new language and culture, graduated high school, earned both a Bachelor's degree and a Master's degree in civil engineering in English, and built a professional career while also working full-time in car sales during his education. He has since contributed meaningful work to our community through his engineering career, including designing critical infrastructure projects for our state. His dedication, resilience, and work ethic have always been qualities I deeply admire.

From the earliest stages of our friendship, I witnessed how strongly Rami remained connected to his family. Even during years of separation due to circumstances beyond their control, Mr. Alsheikh maintained a consistent presence in his children's lives. During our lunch breaks in high school, I personally saw Rami receive daily calls from his father. Those calls were a consistent part of his day, and I remember how important that connection was to him despite the distance between them. Seeing that relationship firsthand left a lasting impression on me and showed the importance Mr. Alsheikh placed on remaining present in his children's lives.

Beyond their communication, I have also seen the effort Mr. Alsheikh made to create meaningful memories with his children. Over the years, I have seen photographs and

heard stories of their family spending time together and sharing experiences that reflected a close and loving family bond. I remember Rami sharing a story about his father buying him his favorite pair of sneakers while they were shopping in Lebanon, a small gesture that stayed with him because it represented his father's thoughtfulness and care. I also remember how his mother and sisters traveled out of state to attend his college graduation, which reflected the closeness and support that exists within their family.

Although my relationship with Mr. Alsheikh has primarily been through my 15-year friendship with Rami, I have also had the opportunity to interact with him personally over the years. At the time, Mr. Alsheikh did not speak English, and my knowledge of Arabic was very limited, but despite that language barrier, he always treated me with kindness, respect, and warmth. Some of the first Arabic words I learned were the greetings I used when speaking with him. Even with limited communication, he made an effort to connect with me, asked Rami how I was doing, and consistently showed care toward the people important to his children.

Over time, I have also come to know his daughters, Kinda, Sally, and Sarah. My interactions with them, as well as with Rami, have consistently reflected a family that is welcoming, supportive, and deeply connected. Their family has shown me the importance of hospitality and caring for others. In 2024, during a difficult period in my personal life, Rami and his father offered me housing in a condo they owned together. That act of generosity meant a great deal to me and reflected the kindness, compassion, and hospitality I have experienced from their family.

I have also had the opportunity to support Rami during important moments in his own life, including assisting him professionally when he was purchasing his home. The trust and friendship we have built over more than 15 years has remained consistent through many stages of life.

On a personal level, between 2012 and 2014, I experienced the loss of five extended family members. During that incredibly difficult period, Rami was one of the people who provided me with steady support and comfort. His friendship helped me through some of the hardest moments of my life, and I will always be grateful for the person he has been to me.

I respectfully ask the Court to consider the impact these proceedings have on Mr. Alsheikh's family as a whole. Due to long-standing circumstances that separated him from his children for many years, the time they have together as a family is especially meaningful. I have also personally witnessed the significant impact this situation has had on his children. Rami, who has worked extremely hard to build a life in the United States, made major personal sacrifices to support his family during this

period, including leaving his job, relocating, and selling his property. While I understand the seriousness of this case and the importance of accountability, I also hope the Court considers that the consequences of this situation extend beyond Mr. Alsheikh and are deeply felt by his wife, children: Kinda, Sally, Sarah, Rami, and their spouses, and grandchildren, including Sima, Adam, Julia, Naya, Mona, and Mila, who have also experienced profound changes and losses. Time with loved ones is something that cannot be replaced.

In my experience, Mr. Alsheikh is a father whose love and commitment to his family have been reflected through the children he has raised and the relationships he has maintained. I have witnessed a family shaped by resilience, compassion, education, and support for one another. The values I have seen within their family have also had a positive impact beyond their immediate household. I have personally experienced their generosity, hospitality, and kindness, and I believe those qualities extend to the people fortunate enough to be welcomed into their lives. I respectfully ask that the Court consider not only the importance of Mr. Alsheikh to his family, but also the positive impact those family values have had on the people around them, including myself.

Thank you for your time and consideration.

Respectfully,

Caroline Hughes

**Date:** June 28, 2026

**The Honorable Hernán D. Vera**
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

**Dear Judge Vera:**

My name is **Mahmoud Zakaria**, and I respectfully submit this letter in support of Mr. Samir Al Sheikh.

I have known Mr. Samir Al Sheikh for more than forty years, since 1981.

Our relationship began through our work together when he served as an instructor at the Police College. He was one of the most knowledgeable, dedicated, and active instructors I had the privilege of learning from. After graduation, we remained in close contact, and our friendship continued throughout the years.

During his career, Mr. Al Sheikh consistently left a positive and lasting impression on the citizens he served and the people . He was known for his tireless commitment to justice, his determination to uphold the law, and his dedication to identifying and apprehending those who violated it.

Mr. Al Sheikh earned an excellent reputation . Throughout the many years I have known him, our relationship has always been sincere, honest, and built on mutual trust. I never witnessed him engage in any conduct that would tarnish his reputation or compromise his integrity. On the contrary, he consistently demonstrated genuine concern for the welfare of citizens and devoted himself to serving the public.

When Mr. Al Sheikh served at Adra Prison, he introduced many positive reforms. Among them, he was the first to allow the use of computers within the prison as part of advancing its mission as "A School of Reform." His office door was always open to inmates, allowing them to present their concerns and problems directly to him. He listened carefully and worked diligently to provide fair and appropriate solutions whenever possible.

To me, Samir Al Sheikh embodies the qualities of a true knight. He is courageous, honorable, compassionate, and a man of strong moral character. He is known for his integrity, honesty, and fairness, and he has earned the respect and affection of those who have had the privilege of knowing him.

I respectfully ask the Court to consider my firsthand knowledge of Mr. Samir Al Sheikh's character and integrity. Throughout the many years I have known him, he has consistently

demonstrated honor, professionalism, compassion, and an unwavering commitment to serving others.

Thank you for your time and consideration.

**Respectfully submitted,**

**Mahmoud Zakaria**
Damascus, Syria
[redacted]
June 28, 2026

Date:06/24/2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Your Honor :

My name is Noureldin Shoreibah. I am a Board-Certified Endodontist and have been practicing in Huntington Beach, California, since 2011. I am married to Sali Al Chikh, the daughter of Mr. Samir Al Sheikh. We have been happily married since 2018 and are blessed with a beautiful daughter, [redacted], who is now four years old.

My relationship with Mr. Samir began in 2018, before I had ever met him in person. At that time, travel restrictions prevented him from coming to the United States, so our first conversations took place over the phone. I still vividly remember our very first call when I asked for his blessing to marry his daughter. His warmth, kindness, and sincerity were immediately evident. One sentence from that conversation has remained in my heart ever since: he told me that his daughter was the most precious thing in his life.

The first time we met in person was in Beirut, Lebanon, during our religious wedding ceremony. What I had sensed over the phone was confirmed the moment I met him. Mr. Samir was a calm, gentle, and deeply caring father whose greatest joy came from seeing his children and grandchildren happy. Everywhere we went, people greeted him with genuine affection, admiration, and respect. It was clear that he had touched many lives and earned the respect of everyone around him.

At the same time, I could see the pain he carried from being separated from his family for so many years. Watching him miss important milestones in his children's lives was heartbreaking. He was unable to attend his daughter's wedding, celebrate her university graduation, or witness the births of his grandchildren. As a father myself, I cannot imagine that kind of sacrifice. Seeing his love for his family and the distance that separated him from them made me realize how much emotional pain he had endured. It truly felt as though his heart had been broken by circumstances beyond his control.

In 2020, everything changed when Mr. Samir was finally granted his Green Card and arrived in California. That was when I had the opportunity to truly know him, not only as my father-in-law but also as a remarkable human being. During the COVID-19 pandemic, we often went on long walks together. Those walks became some of the most meaningful conversations of my life. He spoke often about how grateful he was to finally be reunited with the people he loved most. Being surrounded by his children and grandchildren brought him a level of happiness that words cannot fully describe.

During those conversations, he shared stories of his life, his struggles, and the sacrifices he had made. He told me about studying law before becoming a police officer and how his legal education taught him to think carefully and fairly before making decisions. He spoke about losing his retirement home due to political circumstances, yet what struck me most was that he never spoke with bitterness or resentment. Material possessions never seemed important to him. His only concern was the safety, well-being, and future of his family. His strength, resilience, and selflessness left a profound impression on me.

Over the years, I have met many members of the Syrian community throughout California. Almost without exception, whenever people learn that Mr. Samir is my father-in-law, they immediately speak of him with admiration and respect. I have never met anyone who had a negative word to say about him. Instead, people consistently describe him as an honorable, noble, and compassionate man—a rare quality in today's world.

I am incredibly proud to have Mr. Samir as part of my life and my family. He has taught me lessons that I will carry with me forever: that family comes before everything else, that kindness is a sign of strength, and that every person deserves respect and dignity. His character, sacrifices, and unwavering devotion to his family have inspired me deeply. He is not only an exceptional father and grandfather but also a man whose integrity and humanity have earned the love and respect of everyone fortunate enough to know him.

Respectfully,

Dr. Noureldin Shoreibah, DDS
Board-Certified Endodontist
Huntington Beach, California
[redacted] Huntington Beach, CA 92647
[redacted]

06/25/2026

The Honorable Hernán D. Vera

United States District Judge

United States District Court for the Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B

Los Angeles, CA 90012

Re: Character Reference for Mr. Samir Alsheikh

Dear Judge Vera,

We respectfully submit this letter in support of Mr. Samir Alsheikh as the Court considers an appropriate sentence. We understand that Mr. Alsheikh has been found guilty, and we write with full awareness of his legal circumstances. Our purpose is not to question the Court's decision, but to share our personal experience with the man we have known for more than thirteen years and to respectfully ask the Court to consider his lifelong character, his age, and his family as part of its sentencing decision.

We are Manal Haikal and Dia Jabassini, a married couple, parents of two children, US citizens and longtime residents of Los Angeles. We first came to know Samir through our extended family in Syria, and over the years he became much more than a father in law to our brother Sofian, he became a trusted father figure, a mentor, and someone our family has always admired and respected.

Throughout the years, Samir has consistently shown kindness, generosity, and genuine concern for others. He has always welcomed family and friends into his home, offered support whenever someone was struggling, and treated people with dignity regardless of their background or circumstances. His reputation within the Syrian community has always been that of an honest, hardworking, and compassionate man.

One experience has remained with us for many years because it reflects the type of person Samir truly is. During the war in Syria, I, Manal, lost my job because of my opposition to the Syrian regime. It was an incredibly difficult and uncertain time for our family. Samir believed that what had happened was unjust and refused to stand by without trying to help. He reached out to people he knew, introduced us to potential employers, and did everything he could to help us find another opportunity. He had nothing to gain from doing so. He simply believed it was the right thing to do. His kindness and willingness to help us during one of the hardest periods of our lives is something we will never forget.

Samir has also been a wonderful influence on our children. He has always treated them with warmth, patience, and affection. He spent time teaching them about gardening, plants, and the value of caring for living things. Through simple moments like these, he taught them patience, responsibility, and respect for nature. Those memories are treasured by our family.

We respectfully ask the Court to consider Samir's age and declining health. At over 75 years old, he faces physical challenges that naturally come with age, and his health is not what it once was. Time has become especially precious for him. Our hope is that he will be given the opportunity to spend meaningful time with his wife, children, and grandchildren while he is still able to enjoy those moments. We hope he can continue sharing his wisdom, love, and guidance with his family during the years he has remaining.
We fully respect the Court and the seriousness of these proceedings. We simply ask that, in determining a fair and compassionate sentence, the Court consider the entirety of Samir's life, his decades of kindness, his dedication to his family, his service to others, and the positive impact he has had on so many people, including our own family.
Thank you for your time and thoughtful consideration.

Respectfully,
Manal Haikal
Dia Jabassini

Character Reference and Letter of Support for Mr. Samir Al-Sheikh

To the Honorable Court,

I am Muna Al-Sheikh, sister of Mr. Samir Al-Sheikh, and I am submitting this personal testimony to inform the Honorable Court of his character, morals, and humanitarian and social role, as I have known him closely throughout my life.

My brother Samir has been more than just a brother to me; he has been the fundamental pillar of support for our family over many years. Through our close family relationship, I have personally witnessed his constant eagerness to shoulder family responsibilities and stand by family members through various circumstances and challenges.

As a homemaker from Syria, I have witnessed my brother consistently providing financial and emotional support to our family, contributing to living expenses, providing assistance and care when needed, and ensuring that the family's needs were met without hesitation or expecting anything in return. He was also in constant communication with family members to check on them and follow up on their affairs, especially during difficult times that required additional support and continuous solidarity.

He regularly provided material and moral assistance to my parents, ensuring all their needs were fully met. This included managing their health matters, such as doctor visits, providing medications, and accompanying them or securing their needs during hospital admissions or medical treatments, without any negligence or delay.

Furthermore, he consistently provided continuous aid to me and my family, as I am married, reside in Jordan, and have five children. He offered us moral support in every aspect and was the epitome of a true brother to me and my family. He was always present—inquiring about our well-being, offering support, and providing encouragement under various circumstances—and never delayed in offering whatever assistance he could.

Among the qualities that distinguish my brother Samir is his dedication to maintaining kinship ties and preserving family bonds. He was always the initiator of family gatherings on various occasions, seeking to resolve disputes and reconcile viewpoints among relatives and friends. He was also known for his forgiving nature, his wisdom in dealing with others, and his respect for everyone without discrimination.

On a humanitarian and social level, he was well-known among people for his chivalry, generosity, benevolence, and eagerness to help those in need. He routinely provided assistance to anyone going through difficult circumstances, whether they were family members, neighbors, or acquaintances, believing firmly in the importance of social solidarity and standing by others

in times of need. I have personally witnessed the immense respect and appreciation he commands among people as a result of his good manners and honorable reputation.

His professional career also bears witness to many positive and humanitarian achievements. During his tenure managing a detention and rehabilitation center in Syria, he sought to transform the center's environment from a mere place of detention into a center for social reform and rehabilitation. He worked to provide educational and vocational programs for inmates, encouraging them to learn practical professions and trades to help them build a better future after their release, thereby contributing to their positive reintegration into society.

He firmly believed that true reform is achieved through education, rehabilitation, and giving individuals a second chance to change their lives. His efforts contributed to improving the conditions of many inmates and giving them hope for a better future. His work earned the appreciation of his superiors and colleagues, and his initiatives received recognition and praise from media and press outlets in Syria in appreciation of his reformative and humanitarian efforts.

Based on my direct and close knowledge of my brother throughout our lives, I can confirm that he is a person of integrity, good character, and a high sense of responsibility toward his family and society. He has always been an exemplar of giving and dedication to serving others and helping those in need.

This testimony is based on my personal and direct knowledge of him, and I present it to the Court with total honesty and sincerity, hoping that it will be taken into consideration when evaluating his character, life path, and positive impact on his family and society.

Please accept my highest respect and appreciation.

Submitted by:

Muna Al-Sheikh

Sister of Samir Al-Sheikh

Date:25/6/2026

[redacted]

My name is Rami Daba. I currently reside in Germany and am a graduate of an engineering institute. I left Syria in 2015. I am writing this letter regarding my maternal uncle, Mr. Samir Al-Sheikh.

I have known my uncle since my early childhood. After my father passed away when I was only four years old, my uncle became a major source of support and guidance for my family and me. I spent most of my childhood in his home, and he played a central role in my upbringing.

His son, also named Rami and close to my age, and I grew up together. We spent our summers together either at my uncle's house or at ours, sharing daily life, studies, and plans. This close relationship made my uncle a father figure to me in every sense.

Throughout my life, he supported me both emotionally and financially. He consistently treated me as his own son, ensuring that I lacked nothing and helping me in many aspects of life without hesitation. His generosity extended not only to me but to many people around him.

I have always known my uncle as a man of strong principles, known for his honesty, generosity, and sense of responsibility. He was always someone who would help those in need, stand with the oppressed, and strive to do what is right. He never turned anyone away who came to him for help.

In his professional life, he served in important public positions, including as Governor of Deir ez-Zor, where he was widely known for his efforts to support the people of the province and assist those in need. He also previously served as Director of Adra Central Prison, where he was known for his efforts toward reform and improving conditions, focusing on rehabilitation and support.

To me personally, he has always been a symbol of strength and support. His presence in my life had a profound impact on my upbringing, education, and character.

I respectfully ask the Court to take into consideration my uncle's character, his lifelong dedication to helping others, and the positive impact he has had on his family and community.

Thank you for your time and consideration.

Respectfully,

Rami Daba

Germany
23/06/2026

[redacted]

Rami Daba

My name is Yazan Daba. I am a graduate of the Faculty of Law, and I am writing this letter regarding my maternal uncle, Mr. Samir Al-Sheikh. While I am aware of the circumstances of this case, I am writing solely to share my personal knowledge of his character and the profound impact he has had on my life.

I have known my maternal uncle all my life. After my father passed away when I was only eight years old, my uncle became a father figure to me and one of the most important influences in my life. He provided unwavering emotional, moral, and financial support to me and my family during a very difficult period. He was always there to guide me, encourage me, and help me navigate life's challenges.

His influence on me was so significant that I chose to study law largely because of the respect I had for him, his reputation, and his dedication to public service. Through his example of hard work, integrity, and commitment to helping others, he inspired me to pursue a legal education and ultimately graduate from law school.

Throughout my life, I witnessed his generosity and compassion firsthand. Our family spent much of our time at his home, and he was always willing to help whenever we needed support. Whether the need was financial, emotional, or practical, he never hesitated to extend a helping hand. He was a source of strength not only for me but for many members of our extended family.

I also observed the positive impact he had on others through his professional work. He was known for treating people with dignity and respect, helping those in difficult circumstances, and encouraging rehabilitation and personal improvement. Many people viewed him as someone who genuinely cared about the well-being of others and worked tirelessly to support those who sought his assistance.

In addition to his public service, he was deeply devoted to his family. He consistently cared for his mother and family members, ensuring they received both emotional and financial support whenever needed. His actions reflected loyalty, generosity, compassion, and a profound sense of responsibility.

To me, my maternal uncle has always been a role model. His guidance helped shape the person I became, and his support played a crucial role in my education and personal development. I will always be grateful for the sacrifices he made and the encouragement he provided throughout my life.

I respectfully ask the Court to consider his character, his lifelong contributions to his family and community, and the positive influence he has had on so many people. I believe he deserves compassion and consideration as the Court reaches its decision.

Thank you for your time and consideration.

Respectfully,

United Arab Emirates – Sharjah
21/06/2026

[redacted]

Yazan Daba

Shirin Sarkis
Bab Touma, Damascus, Syria
[redacted]

June 26, 2026

The Honorable Hernan D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Judge Vera,

My name is Shirin Sarkis, and I am a Christian living in Bab Touma, Damascus, Syria. I am writing this letter because I have known Amo Sameer for nearly my entire life through my lifelong friendship with his son, Rami. I understand the circumstances that have brought him before the Court, and while I do not wish to comment on the case itself, I hope to share my personal experience with the man I have always known (23 years).

Rami and I became friends when we were very young children in school. Almost every afternoon after classes, I would go to their home to study until my parents finished work. My parents trusted very few people with my care, and Amo Sameer and his family were one of the only families they trusted completely. Looking back now, I realize what an incredible gift that trust was.

Their home never felt like I was visiting a friend's house—it truly felt like a second home. Amo Sameer would sit with us while we studied, patiently helping us with our homework and encouraging us to work hard and believe in ourselves. His wife would always make sure we had something warm to eat. They never made me feel like a guest; they made me feel like family.

Some of the happiest memories of my childhood were made in their home. When I think about those years, I don't just remember studying or playing—I remember feeling safe, loved, and cared for.

As a Christian, one of the things that touched me most was the kindness and respect they always showed toward my faith. They welcomed me into their home during Christmas, celebrated with me, and gave me thoughtful gifts. Those moments taught me that love and generosity are far more powerful than any differences between people. I have carried those lessons with me throughout my life.

Amo Sameer also taught us compassion in quiet, everyday ways. He would take us to feed horses, stray cats, and dogs, showing us that every living creature deserves kindness. Even as children, we learned from his actions that being a good person is not about grand gestures, but about the small acts of mercy we choose every day. I truly cannot imagine him intentionally causing harm to anyone. His gentle heart was something we witnessed constantly.

When I think of my childhood, I think of my own parents, but I also think of Amo Sameer. He cared for me as though I were one of his own. He helped shape some of the happiest years of my life, and I will always be grateful for the love, patience, and guidance he showed me. The values of kindness, generosity, and compassion that he demonstrated have stayed with me into adulthood.

It is deeply painful for me to know that someone who brought so much warmth and goodness into the lives of so many people is facing this difficult chapter. I have seen firsthand the positive influence he had on children, friends, neighbors, and everyone fortunate enough to know him. The man I have always known is caring, humble, generous, and deeply devoted to his family.

I respectfully ask the Court to consider the whole person behind these proceedings. I hope that the kindness, integrity, and compassion that have defined Amo Sameer's life for so many years will be taken into account when determining an appropriate sentence. In my heart, he will always be remembered as the man who opened his home to me, treated me like family, and helped give me a childhood filled with love, safety, and unforgettable memories. I respectfully ask the Court to extend mercy and fairness in its consideration.

Thank you for your time and thoughtful consideration.

Respectfully,

Shirin Sarkis

June 18, 2026
The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse 350 W. 1st Street, Courtroom 5B Los Angeles, CA 90012
To the Honorable Judge,

My name is Abdul Jabbar Ibrahim Kahwaji. I was born in 1942 and I am from the village of Baksariya, Idlib , Syria.
This village is the birthplace of Samir Al-Sheikh in syria ..and where he was raised ....
I served as the Mukhtar (village head) of Baksariya from 1997 until 2021. During that time, including throughout the years of the Syrian conflict when Idlib was outside the control of the Syrian government, I remained actively involved in serving my community.
I also worked in the health sector in Idlib Province for approximately thirty years.
I am aware of the legal proceedings involving Mr. Samir Othman Alsheikh, and I respectfully offer this letter based on my personal knowledge of him
I have known Mr. Alsheikh since his birth. He lost his father at a young age and was raised in the city of Jisr al-Shughur, where he completed part of his education. He frequently visited his grandfather's home in our village of Baksariya, which allowed me and many members of our community to get to know him well. Over the years, a friendship developed between us.
Throughout my long acquaintance with him, I have always known Mr. Alsheikh to be honest, trustworthy, and a man of integrity. He earned the respect and confidence not only from me, but also from many people in our village who knew him personally.
My positive opinion of Mr. Alsheikh is based not only on his character, but also on the assistance he provided to our community. He helped facilitate the drilling of an artesian well that benefited the village and supported the establishment of a local health clinic.
He was known for supporting people seeking justice and helping resolve community disputes and local problems
Throughout the years that I have known him, I have never observed him misuse his authority against members of our community. Instead, I knew him as someone who sought to help others, support legitimate causes, and serve the public.
I offer this statement truthfully and voluntarily based on my personal experiences and observations over many decades. I respectfully ask the Court to consider my testimony regarding Mr. Alsheikh's character, integrity, and contributions to his community.

Thank you for being so considerate.

Respectfully submitted,

Baksariya, Syria

[redacted]

Abdul Jabbar Ibrahim Kahwaji

Former Mukhtar of Baksariya (1997-2021)

**18 حزيران / يونيو 2026**

حضرة القاضي الموقر **هيرنان د. فيرا**
قاضي المحكمة الجزائية في الولايات المتحدة الأمريكية
المحكمة الجزائية للولايات المتحدة للمنطقة الوسطى من ولاية كاليفورنيا
مبنى محكمة فيرست ستريت
350 شارع ويست الأول، القاعة 5B
لوس أنجلوس، كاليفورنيا 90012

**حضرة القاضي الموقر،**

اسمي **عبد الجبار إبراهيم قهوجي**. ولدت عام **1942**، وأنا من قرية **بكسرية** التابعة لمحافظة إدلب في سوريا.

وهذه القرية هي مسقط رأس السيد **سمير الشيخ** في سوريا، وفيها نشأ وترعرع.

شغلت منصب **مختار قرية بكسرية** من عام **1997** وحتى عام **2021**. وخلال تلك الفترة، بما في ذلك سنوات النزاع السوري التي كانت خلالها محافظة إدلب خارج سيطرة الحكومة السورية، واصلت القيام بواجبي في خدمة أبناء مجتمعي.

كما عملت في القطاع الصحي في محافظة إدلب لمدة تقارب ثلاثين عامًا.

أنا على علم بالإجراءات القانونية المتعلقة بالسيد **سمير عثمان الشيخ**، وأتقدم بهذه الرسالة بكل احترام استنادًا إلى معرفتي الشخصية به.

لقد عرفت السيد سمير الشيخ منذ ولادته. فقد توفي والده وهو في سن صغيرة، ونشأ في مدينة **جسر الشغور** حيث تلقى جزءًا من تعليمه. وكان كثيرًا ما يزور منزل جده في قريتنا، **بكسرية**، الأمر الذي أتاح لي وللكثير من أبناء مجتمعنا التعرف عليه عن قرب. وعلى مر السنين، نشأت بيننا علاقة صداقة.

وطوال سنوات معرفتي الطويلة به، عرفته دائمًا رجلًا صادقًا، وأمينًا، وصاحب نزاهة. وقد حظي باحترامي واحترام وثقة الكثير من أبناء قريتنا الذين عرفوه معرفة شخصية.

ولا تستند نظرتي الإيجابية إليه إلى أخلاقه وصفاته الشخصية فحسب، بل أيضًا إلى ما قدمه من خدمات لمجتمعنا. فقد ساهم في تسهيل حفر **بئر ارتوازي** استفادت منه القرية، كما دعم إنشاء **مستوصف صحي محلي**. وكان معروفًا بدعمه للأشخاص الساعين إلى العدالة، ومساهمته في حل النزاعات المجتمعية والمشكلات المحلية.

وخلال جميع السنوات التي عرفته فيها، لم أرَ قط أنه أساء استخدام سلطته ضد أي فرد من أبناء مجتمعنا. بل عرفته دائمًا شخصًا يسعى إلى مساعدة الآخرين، ودعم القضايا المشروعة، وخدمة الناس.

وأقدم هذه الشهادة طوعًا وبصدق، استنادًا إلى تجاربي الشخصية ومشاهداتي على مدى عقود طويلة. وأرجو بكل احترام من المحكمة أن تأخذ شهادتي بعين الاعتبار فيما يتعلق بأخلاق السيد سمير الشيخ، ونزاهته، وإسهاماته في خدمة مجتمعه.

شكرًا لكم على حسن اهتمامكم.

**مع خالص الاحترام،**

**عبد الجبار إبراهيم قهوجي**

مختار قرية بكسرية سابقًا (1997–2021)

**بكسرية – سوريا**

[redacted]

June 20, 2026

The Honorable Hernán D. Vera

United States District Judge

United States District Court for the Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B

Los Angeles, CA 90012

To the Honorable Judge,

My name is Bassam Saleh Dalileh, and I am from Jableh, Latakia, Syria.

I respectfully submit this letter based on my personal experience and observations of Mr. Samir Alsheikh during my incarceration in Syria.

I was sentenced to life imprisonment with hard labor and spent approximately twenty years in prison. During those years, I was transferred among several facilities, including prisons in Aleppo, Sweida, Hama, and Adra. I arrived at Adra Prison in 2001, and in 2004 Mr. Samir Alsheikh became the prison director

During his tenure, I witnessed significant improvements in the prison. He organized the visitation system, improved the prison yards and facilities, introduced computer systems, and implemented reforms that, in my experience, had never been seen before in any prison where I had been incarcerated. Many inmates referred to that period as the "golden era" of Adra Prison because of the positive changes that took place under his leadership.

Mr. Alsheikh was widely respected by inmates and their families. Whenever prisoners brought concerns or complaints to him, he listened and treated them fairly regardless of who they were. Although he and I did not always agree, he never unfairly denied a reasonable request. I consistently found him to be fair, respectful, and professional.

Before Mr. Alsheikh became director, prison visits were often influenced by favoritism and personal connections. After he assumed leadership, visitation procedures became more organized and equitable, allowing inmates and their families to be treated fairly. This change brought relief and satisfaction to many prisoners and their loved ones

I also observed that Mr. Alsheikh took a strong stance against drugs within the prison. He worked to prevent narcotics from entering the facility and enforced those rules consistently, regardless of an inmate's status or influence.

Throughout my years at Adra Prison, Mr. Alsheikh promoted sports and positive activities and sought to improve daily living conditions for inmates. One area where his leadership was especially noticeable was food service. The meals were clean, organized, and sufficient for the prison population. He paid close attention to food quality and sanitation. In my experience, food allocations reached the inmates as intended, and I did not observe the diversion of food resources that had been associated with some previous administrations.

Mr. Alsheikh also treated prisoners' families with dignity and respect when they came to visit. This distinguished him from many officials I had encountered before him and left a lasting impression on both inmates and their relatives.

I offer this testimony truthfully and voluntarily based solely on my personal experiences. In all my years in prison, Mr. Samir Alsheikh was among the most respected, ethical, and fair individuals I encountered. I believe it is important for the Court to know the positive impact he had on the lives of many prisoners and their families.

Thank you for your consideration.

Respectfully,

Jableh, Latakia, Syria

[redacted]

Bassam Saleh Dalileh



June 10, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Your Honor :

My name is Ghaith Roxy. I am a Financial Advisor, Credit Analyst, and PMI-Certified Project Management and Risk Management Professional with over 15 years of cross-industry experience in Syria, Ecuador, and Dubai, spanning banking, financial services, project management, and commercial real estate. I hold an MBA and have a strong academic background in Accounting and Finance.

- MBA, Edinburgh Business School, Heriot-Watt University, 2018
- Bachelor's Degree in Accounting and Finance, Damascus University, 2009

I am writing to provide my testimony regarding Mr. Samir Al Sheikh.

I have known Mr. Samir Al Sheikh for as long as I can remember. He has been a close friend of my family, and the roots of this friendship extend back several decades.

I remember him from my childhood, when he served as the head of the Zabadani Police Station. My family and I would often visit him during holidays and weekends. His home was frequently filled with people seeking his help, advice, and assistance in resolving their problems and concerns. He was widely known for his patience, wisdom, fairness, and sound judgment.

Despite his many responsibilities and demanding work, every time we visited him, he would always make time for us children. He would take us to amusement parks or public gardens, and some of our happiest moments were spent sitting beside him, listening to the fascinating police stories he would tell us. Those stories always began with a special request directed at me: to gather all the children in his office so that he could speak to us.

One particular memory has remained with me throughout my life.

It was the birthday of his young son, Rami. We were all eagerly waiting for Mr. Samir to arrive so that we could celebrate and blow out the birthday candles. However, he was delayed because of work obligations. I remember this very clearly. All the children in the family were waiting impatiently for Uncle Samir's arrival. The evening grew late, but he still had not returned.

We felt disappointed and sad because the most enjoyable part of the celebration for us was always the time we spent with him. Eventually, we fell asleep without eating any of the delicious

cake or food that our mothers had carefully prepared. Despite their insistence that we celebrate and enjoy the party, we stubbornly refused.

The next morning, when I woke up, Mr. Samir had still not returned home. I remember seeing my mother and Mrs. Samir sitting on the balcony drinking coffee, both visibly worried. I then went to play with Rami and found him sitting alone in his room, saddened by his father's absence from his birthday celebration.

As we were talking, Mr. Samir suddenly entered the house accompanied by a man and a little girl whom none of us had ever seen before. I looked around at the other children, and no one knew who she was. Then, almost instantly, everything changed. Family members and friends gathered, and joy filled the house.

Later, however, Mr. Samir noticed that we children were still confused and somewhat upset. After the celebration and the meal, he asked me to gather all the children in his office, just as he always did. To us, this was a very important occasion.

I brought all the children together, and we entered the office. There he sat behind his desk with his usual dignity and calmness, holding a book and quietly turning its pages while we watched and waited for him to speak.

He then turned to his son, Rami, and said, "I know you are sad because I could not be here to celebrate your birthday with you." He asked Rami if he knew why he had been absent.

Mr. Samir then told us that the previous evening, just as he was about to leave his office and come home for the celebration, a man and a woman arrived in a state of panic and despair. Their young daughter had gone missing in a nearby forest.

Without hesitation, Mr. Samir organized a search team and immediately led the search operation. They spent long and exhausting hours searching throughout the night and into the following morning. Finally, their efforts were successful, and they found the little girl alive and rescued her just in time, returning her safely to her family.

When the girl's parents learned that it had been Rami's birthday and that Mr. Samir had missed the celebration because he was searching for their daughter, they insisted on coming to the house to celebrate with us.

At that moment, we finally understood who the mysterious little girl was.

Her parents then shared the story of how Mr. Samir had saved their daughter's life. We children felt an overwhelming sense of pride and happiness. I remember looking at Rami's face and seeing that his sadness had disappeared. Instead, he was smiling proudly, knowing that his father had saved a child's life.

Mr. Samir was always a compassionate, caring, and generous man. He consistently encouraged others, guided those around him, and inspired us through his actions rather than

his words. He taught us the importance of kindness, responsibility, and helping those in need. The values he instilled in us came not from speeches, but from the example he set every day through his character and service to others.

This story is only one of many examples that demonstrate the integrity, selflessness, and humanity that I have witnessed in Mr. Samir Al Sheikh throughout my life.

Respectfully,

Ghaith Roxy
Financial Advisor | Credit Analyst | PMI-Certified Project Management and Risk Management Professional
MBA, Edinburgh Business School, Heriot-Watt University
Bachelor's Degree in Accounting and Finance, Damascus University
[redacted]



**June 18, 2026**

**The Honorable Hernán D. Vera**
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

**Dear Honorable Judge Vera,**

My name is **Hanin Mijel**. I am the niece of Samir Alsheikh, and I live between Sweden and Saudi Arabia.

My memories with my uncle Samir began when I was a child. Despite the demands of his work and the many responsibilities he carried throughout his life, he always made time for his family. No matter how busy he was, family remained one of his highest priorities.

I vividly remember how he would drive long distances to visit us at our home. The journey was never easy, yet he never allowed distance or exhaustion to prevent him from seeing us. As children, we eagerly awaited his visits because he always brought joy with him. During Eid celebrations, he would arrive with gifts and warm smiles, making us feel loved and remembered. His presence alone was enough to fill our home with happiness.

He was a kind and caring man who constantly checked on us. He would ask about our lives, our studies, our dreams, and our well-being. His concern was genuine, and everyone who knew him could feel the sincerity of his love and affection. Even during the busiest periods of his life, he never lost touch with the people he cared about.

What made him truly special was his commitment to family. He always made an effort to attend family gatherings and important occasions. He celebrated with us during times of joy and stood beside us during times of hardship and sorrow. His presence brought comfort, wisdom, and strength to those around him.

He was also one of the strongest supporters of education within our family. He encouraged every young man and woman to pursue knowledge, work hard, and believe in their potential. He understood the power of education and consistently motivated younger generations to build better futures for themselves. Many members of our family benefited from his guidance, encouragement, and unwavering belief in their abilities.

To me, he was far more than an uncle. He was like a second father. He was wise, loving, patient, and compassionate. Whenever I needed advice, support, or reassurance, he was someone I could turn to. His words carried wisdom, and his actions reflected kindness and integrity. He helped shape my values and left a lasting impact on my life.

His generosity extended far beyond his family. He never hesitated to help others whenever he had the ability to do so. Through his work in public service, he dedicated himself to assisting people, supporting those in need, and standing beside those who had been treated unjustly. He believed deeply in justice and human dignity, and he used every resource available to him to help others whenever possible.

One story in particular demonstrates the kind of man he was. My aunt's son was unjustly arrested by the previous Syrian regime when he was only twenty-two years old. When we informed Samir of what had happened, he did not hesitate for a single moment. He immediately began contacting every person he knew. He worked tirelessly, making countless efforts and using all the influence he had to secure the innocent young man's release.

His determination never wavered. He understood the grave danger that the young man faced and refused to stand by while an innocent life was being destroyed. Through his relentless efforts, he succeeded in helping secure his release. Had he not intervened, that young man would very likely have remained imprisoned, disappeared, or lost his life, as happened to so many others during those dark times.

To this day, the young man's family remains profoundly grateful for what he did. They continue to pray for him and remember his kindness because they know that he played a crucial role in saving their son's life. His actions gave them hope when they felt hopeless and reunited them with someone they feared they might never see again.

This story is only one example of the countless ways he touched the lives of others. He is a man of compassion, courage, and integrity. He cares deeply about people and believed that those with the ability to help others had a responsibility to do so. Whether through his family, his work, or his community, he consistently chose kindness, service, and justice.

His legacy is not measured by titles or achievements alone, but by the lives he touched, the people he supported, and the love he shared. Those of us who knew him have been fortunate to experience his generosity, wisdom, and unwavering devotion to family and humanity. His memory will continue to live on in our hearts, and his example will inspire future generations to live with the same compassion, courage, and selflessness that defined his life.

**Respectfully,**

**Hanin Mijel**

[redacted]

**حضرة القاضي الموقر**

.اسمي **حنين معجل**، وأنا ابنة شقيقة السيد **سمير الشيخ**، وأقيم بين السويد والمملكة العربية السعودية

تبدأ ذكرياتي مع عمي سمير منذ طفولتي. فعلى الرغم من ضغوط عمله وكثرة المسؤوليات التي حملها طوال حياته، كان يحرص دائمًا .على تخصيص وقت لعائلته. ومهما كان مشغولًا، بقيت الأسرة واحدة من أهم أولوياته

ما زلت أذكر جيدًا كيف كان يقطع مسافات طويلة ليزورنا في منزلنا. لم تكن الرحلة سهلة أبدًا، لكنه لم يكن يسمح للمسافة أو التعب أن يمنعاه من رؤيتنا. كنا، ونحن أطفال، ننتظر زياراته بشوق لأنه كان يجلب معه الفرح أينما ذهب. وفي الأعياد، كان يأتي محملًا بالهدايا .والابتسامات الدافئة، فيجعلنا نشعر بالحب والاهتمام. وكان وجوده وحده كافيًا ليملأ منزلنا بالسعادة

كان رجلًا طيبًا ومحبًا، يحرص دائمًا على الاطمئنان علينا. كان يسأل عن حياتنا، ودراستنا، وأحلامنا، وأحوالنا. وكان اهتمامه صادقًا، .وكل من عرفه شعر بصدق محبته وعاطفته. وحتى في أكثر فترات حياته انشغالًا، لم ينقطع يومًا عن الأشخاص الذين يحبهم

ما جعله مميزًا بحق هو التزامه تجاه عائلته. فقد كان يحرص دائمًا على حضور التجمعات العائلية والمناسبات المهمة. كان يشاركنا .أفراحنا، ويقف إلى جانبنا في أوقات الشدة والحزن. وكان حضوره يمنح من حوله الراحة، والحكمة، والقوة

كما كان من أكبر الداعمين للتعليم داخل عائلتنا. فقد شجع كل شاب وفتاة على طلب العلم، والاجتهاد، والإيمان بقدراتهم. وكان يدرك قيمة التعليم، ويحفز الأجيال الشابة باستمرار على بناء مستقبل أفضل لأنفسهم. وقد استفاد كثير من أفراد عائلتنا من توجيهاته، وتشجيعه، .وإيمانه الراسخ بقدراتهم

بالنسبة لي، لم يكن مجرد عم، بل كان بمثابة والدٍ ثانٍ. كان حكيمًا، ومحبًا، وصبورًا، ورحيمًا. وكلما احتجت إلى نصيحة أو دعم أو طمأنينة، كان الشخص الذي ألجأ إليه. كانت كلماته مليئة بالحكمة، وكانت أفعاله تعكس اللطف والنزاهة. وقد ساهم في تشكيل قيمي وترك .أثرًا عميقًا ودائمًا في حياتي

لم تقتصر كرمه على أفراد عائلته، بل امتد إلى كل من حوله. فلم يكن يتردد أبدًا في مساعدة الآخرين متى استطاع ذلك. ومن خلال عمله في الخدمة العامة، كرّس نفسه لمساعدة الناس، ودعم المحتاجين، والوقوف إلى جانب من تعرضوا للظلم. وكان يؤمن إيمانًا عميقًا بالعدالة .وكرامة الإنسان، وكان يستخدم كل ما يملكه من إمكانات لمساعدة الآخرين كلما استطاع

وهناك قصة واحدة على وجه الخصوص تجسد نوعية الإنسان الذي كان عليه. فقد اعتُقل ابن خالتي ظلمًا على يد النظام السوري السابق عندما كان يبلغ من العمر اثنين وعشرين عامًا فقط. وعندما أخبرنا سمير بما حدث، لم يتردد ولو للحظة واحدة. بل بدأ فورًا بالاتصال .بكل من يعرفهم، وبذل جهودًا مضنية، مستخدمًا كل ما يملكه من نفوذ، من أجل تأمين الإفراج عن ذلك الشاب البريء

ولم تفتر عزيمته أبدًا. فقد كان يدرك حجم الخطر الذي يواجهه ذلك الشاب، ورفض أن يقف مكتوف اليدين بينما تُدمر حياة إنسان بريء. وبفضل جهوده المتواصلة، نجح في المساعدة على إطلاق سراحه. ولولا تدخله، فمن المرجح جدًا أن ذلك الشاب كان سيبقى في السجن، .أو يختفي، أو يفقد حياته، كما حدث لكثيرين خلال تلك الفترة المظلمة

ولا تزال عائلة ذلك الشاب حتى يومنا هذا تشعر بامتنان عميق لما فعله. وما زالوا يدعون له ويذكرون فضله، لأنهم يعلمون أنه كان سببًا .رئيسيًا في إنقاذ حياة ابنهم. لقد منحهم الأمل عندما فقدوه، وأعاد إليهم شخصًا كانوا يظنون أنهم لن يروه مرة أخرى

وهذه القصة ليست سوى مثال واحد من بين أمثلة كثيرة عن الطرق التي لمس بها حياة الآخرين. فهو رجل يتصف بالرحمة، والشجاعة، والنزاهة. كان يهتم بالناس بصدق، ويؤمن بأن من يستطيع مساعدة الآخرين تقع على عاتقه مسؤولية القيام بذلك. سواء من خلال عائلته، .أو عمله، أو مجتمعه، فقد اختار دائمًا طريق اللطف، والخدمة، والعدالة

إن إرثه لا يُقاس بالمناصب أو الإنجازات وحدها، بل بالأشخاص الذين أثر في حياتهم، والناس الذين ساندهم، والمحبة التي منحها للآخرين. لقد كنا نحن الذين عرفناه محظوظين لأننا عشنا كرمه، وحكمته، وإخلاصه الثابت لعائلته والإنسانية. وستبقى ذكراه حية في قلوبنا، وسيظل مثاله مصدر إلهام للأجيال القادمة كي يعيشوا بالرحمة، والشجاعة، ونكران الذات التي ميّزت حياته.

**مع خالص الاحترام،**

**حنين معجل**

[redacted]

**June 22, 2026**

**The Honorable Hernán D. Vera**
**United States District Judge**
**United States District Court for the Central District of California**
**First Street Courthouse**
**350 W. 1st Street, Courtroom 5B**
**Los Angeles, CA 90012**

Dear Judge Vera: My name is Khadija Othman Al Sheikh. I am an engineer and the sister of Mr. Samir Al Sheikh. I worked for thirty-two years in the field of community development and women's empowerment through practical activities, educational programs, and vocational training courses that assisted beneficiaries in establishing small projects that provided them with additional income. I am the sister of the defendant, Mr. Samir Al Sheikh, and I am aware of the allegations against him.

He is my brother and my sibling, and words are insufficient to describe his chivalry, good character, and generous spirit in helping those in distress, not only within our family but also anyone who sought his assistance, whether materially or emotionally. He served his country with honor, sincerity, and sacrifice. He was like a sturdy oak tree that neither bends nor yields and that endures the harshest circumstances. His word carried weight, and his opinions were trusted because they were thoughtful, wise, and sound. He helped both relatives and strangers alike. He held several positions, of which the Court is aware, the last being his position at Adra Prison. He transformed it from a prison lacking the basic standards of correctional facilities into a place that restored prisoners' dignity until the completion of their sentences. allegations He encouraged prisoners to continue their education and obtain their ninth-grade certificates and high school diplomas. In addition, he supported vocational training programs for those who wished to participate. He also paid close attention to cleanliness and worked to improve the quality of food provided to prisoners. He was courageous and decisive, yet thoughtful and deliberate in making decisions. He was the true source of guidance for our family and the person to whom everyone turned when important decisions needed to be made. My testimony is undoubtedly influenced by my love for him because he is my brother, my sibling, and my soulmate. We grew up in the same home, and to us he was a loving and compassionate father figure. He possessed a progressive mindset and believed in advancement, openness, and inclusion, both toward his siblings, children, and family and toward others.

One example of his generosity remains in my memory. There was a man in need who had no family relationship whatsoever with my brother. His mother required surgery, and he was unable

to afford the cost of the operation. My brother, Samir Al Sheikh, assumed the full cost of the surgery. This is merely one example among countless others, and there are undoubtedly many acts of kindness that we ourselves do not know about. He helped every member of our family and never failed to respond whenever any of them sought his assistance. He also helped many of them obtain respectable employment opportunities. He served the people of his village extensively. He helped the sick, the needy, the elderly, and the young. He left an unforgettable impact in every position he held and in every place where he lived and worked. To this day, the people of Al-Zabadani, Deir ez-Zor, and even former prisoners continue to praise his morals, generosity, and the services he provided to their communities and families without expecting anything in return. He was an example of fatherhood and a role model among relatives and friends. He was loving, compassionate, honorable, honest, courageous, confident, and deeply devoted to his family. He was a dutiful son to his parents, who have since passed away and returned to God's mercy. They left this world pleased with him and constantly prayed for his success, well-being, and prosperity. After everything I have stated above, we respectfully ask this Honorable Court to extend justice to Mr. Samir Al Sheikh and to render a fair decision that reflects his character and dignity. He has always been a man who accepted responsibility and never retreated from it, a man who loved his country and remained loyal to it.
Loyalty to one's country is, in itself, a badge of honor.

With sincerest regards ,

Khadija Othman Al Sheikh
Engineer Damascus, Syria
[redacted]

**حزيران / يونيو 2026 22**

حضرة القاضي الموقر **هيرنان د. فيرا**
قاضي المحكمة الجزائية في الولايات المتحدة الأمريكية
المحكمة الجزائية للولايات المتحدة للمنطقة الوسطى من ولاية كاليفورنيا
مبنى محكمة فيرست ستريت
350 B شارع ويست الأول، القاعة 5
لوس أنجلوس، كاليفورنيا 90012

**حضرة القاضي الموقر فيرا،**

اسمي **خديجة عثمان الشيخ**. أنا مهندسة وشقيقة السيد **سمير الشيخ**. عملت لمدة اثنين وثلاثين عامًا في مجال التنمية المجتمعية وتمكين المرأة، من خلال الأنشطة العملية، والبرامج التعليمية، والدورات التدريبية المهنية التي ساعدت المستفيدين على إنشاء مشاريع صغيرة توفر لهم مصدر دخل إضافي. وأنا شقيقة المتهم، السيد **سمير الشيخ**، وعلى علم بالادعاءات الموجهة إليه.

إنه أخي وشقيقي، وتعجز الكلمات عن وصف شهامته، وحسن خلقه، وكرم روحه في مساعدة كل من كان في ضيق، ليس فقط من أفراد عائلتنا، بل كل من قصده طالبًا للعون، سواء كان ذلك ماديًا أو معنويًا. لقد خدم وطنه بشرف وإخلاص وتضحية. كان كالسنديانة الراسخة التي لا تنحني ولا تستسلم، وتتحمل أقسى الظروف. وكانت كلمته مسموعة، ورأيه موضع ثقة، لأنه كان رأيًا متزنًا، حكيمًا، وسديدًا. وكان يساعد الأقارب والغرباء على حد سواء.

لقد شغل عدة مناصب، تعلم المحكمة بها، وكان آخرها منصبه في **سجن عدرا**. وقد حوّل السجن من مكان يفتقر إلى أبسط مقومات المؤسسات الإصلاحية إلى مكان أعاد للسجناء كرامتهم حتى انتهاء مدة محكوميتهم. وشجع السجناء على مواصلة تعليمهم والحصول على شهادة التعليم الأساسي (الصف التاسع) وشهادة الثانوية العامة. بالإضافة إلى ذلك، دعم برامج التدريب المهني للراغبين في المشاركة فيها. كما أولى اهتمامًا كبيرًا بالنظافة، وعمل على تحسين جودة الطعام المقدم للسجناء. وكان شجاعًا وحازمًا، وفي الوقت نفسه مترويًا ومتأنيًا في اتخاذ قراراته.

كان المرجع الحقيقي لعائلتنا، والشخص الذي يلجأ إليه الجميع عند الحاجة إلى اتخاذ القرارات المهمة. ولا شك أن شهادتي تتأثر بحبي له، لأنه أخي وشقيقي وتوأم روحي. لقد نشأنا في المنزل نفسه، وكان بالنسبة لنا بمثابة الأب الحنون والعطوف. وكان يتمتع بعقلية متفتحة تؤمن بالتقدم، والانفتاح، والشمول، سواء في تعامله مع إخوته، وأبنائه، وأسرته، أو مع الآخرين.

ولا تزال إحدى صور كرمه راسخة في ذاكرتي. فقد كان هناك رجل محتاج لا تربطه بأخي أي صلة قرابة. وكانت والدته بحاجة إلى عملية جراحية، ولم يكن قادرًا على تحمل تكاليفها. فتولى أخي، **سمير الشيخ**، دفع كامل تكاليف العملية. وهذه مجرد قصة واحدة من بين قصص لا تُحصى، ولا شك أن هناك أعمال خير كثيرة قام بها لا نعلم عنها شيئًا.

لقد ساعد كل فرد من أفراد عائلتنا، ولم يتأخر يومًا عن تلبية طلب أي منهم عندما احتاج إلى مساعدته. كما ساعد كثيرين منهم في الحصول على فرص عمل محترمة. وخدم أبناء قريته خدمة كبيرة، وساعد المرضى، والمحتاجين، وكبار السن، والشباب. وترك أثرًا لا يُنسى في كل منصب تولاه، وفي كل مكان عاش أو عمل فيه.

وحتى يومنا هذا، لا يزال أهالي **الزبداني**، و**دير الزور**، وحتى السجناء السابقون، يشيدون بأخلاقه، وكرمه، والخدمات التي قدمها لمجتمعاتهم وأسرهم دون أن ينتظر أي مقابل. لقد كان مثالًا في الأبوة، وقدوة بين الأقارب والأصدقاء. وكان محبًا، ورحيمًا، وشريفًا، وصادقًا، وشجاعًا، وواثقًا من نفسه، ومخلصًا لعائلته إلى أبعد الحدود.

وكان أيضًا ابنًا بارًا بوالديه، اللذين انتقلا إلى رحمة الله. لقد غادرا هذه الدنيا وهما راضيان عنه، وكانا يدعوان له دائمًا بالتوفيق، والصحة، والنجاح.

وبعد كل ما ذكرته أعلاه، فإننا نلتمس بكل احترام من محكمتكم الموقرة أن تنصف السيد **سمير الشيخ**، وأن تصدر بحقه قرارًا عادلًا يعكس شخصيته وكرامته. لقد كان دائمًا رجلًا يتحمل المسؤولية ولا يتراجع عنها، ورجلًا أحب وطنه وبقي مخلصًا له.

**إن الولاء للوطن هو، في حد ذاته، وسام شرف.**

**مع خالص الاحترام والتقدير،**

**خديجة عثمان الشيخ**
مهندسة
دمشق – سوريا

Date: June 20, 2026

The Honorable Hernán D. Vera

United States District Judge

United States District Court for the Central District of California

First Street Courthouse

350 W. 1st Street, Courtroom 5B Los Angeles, CA 90012

Your Honor:

My name is Mohammad Youssef Sweid. I am the head of a family consisting of my wife and three children, one daughter and two sons. I work in the trade and manufacturing of metals

I have my own iron and metal factory in Aleppo .

and am a registered active member of the Aleppo Chamber of Commerce and Industry.

My volunteer work includes the rehabilitation and training of workers, support for civil society initiatives, and assistance to individuals affected by the war.

I am aware of the charges and legal circumstances concerning Mr. Samir Al Sheikh.

I have known Mr. Samir Al Sheikh since 1975. He was our neighbor in the building adjacent to my grandfather's house. He was also my aunt's classmate at the Faculty of Law and a friend of my uncles

In the beginning, our relationship consisted of seeing him when he came to study with my aunt. Over time, our relationship developed, and he and his family became close and cherished family friends, especially his mother, who was a close friend of my grandmother.

As a university student, he was hardworking and determined. He studied diligently and was committed to joining the police service so that he could work and help his father support the family.

He was a loyal friend, a devoted neighbor, honest, honorable, and always willing to help in any emergency situation. He was highly trusted. My grandmother allowed him into our home because he possessed high moral character, respected women, and came from a respectable and committed family. He would sit and study with her young daughter, and we witnessed nothing but goodness and decency from him.

After graduating from university, he joined the police service and gradually advanced through several positions

Then, in 2011, he was appointed Governor of Deir ez-Zor at the beginning of the Syrian uprising. I remember that we were all surprised by this appointment because he had previously been retired from public service. The explanation given was that he came from a rural background, understood the nature of the people of Deir ez-Zor, and possessed the ability to resolve conflicts and calm the general situation.

However, he remained in that position for, I believe, less than a year. He resigned after surviving an assassination attempt and refused to return to work in the police service, choosing instead to retire to his home.

He always insisted on performing his work properly, and I observed this same sense of responsibility within his family life. He loved sports, especially horseback riding, and he taught all of his children how to ride horses

In my opinion, one of the greatest challenges he overcame was remaining a principled and ethical person despite the opportunities for personal gain. He refused promotions obtained through favoritism and rejected bribes.

He was also exceptionally compassionate. Whenever he heard that one of his neighbors or friends was experiencing difficulties, he would immediately seek to help and offer assistance without even waiting to be asked.

When he learned that his son was afraid of horses, he personally took him to the riding club and tried to help him overcome his fear. He taught him that horses are friends and that animals are a beautiful part of life that we should appreciate, not fear.

His goal in life was to secure a good educational and professional future for his children and to see them become successful, productive individuals who contributed positively to society. He was happy upon retirement because he looked forward to spending the rest of his life with his family. Positions and authority were never his ultimate goals

I do believe that compassion from the government and the Court is appropriate in this case because he is a good and compassionate person.

He made very positive contributions to society and to his hometown of Baksaria. He assisted farmers and people in need, provided healthcare assistance to many individuals, opened roads, improved the town's infrastructure, and helped establish electricity and water services. He never refused any request for assistance, which is why he enjoys tremendous popularity there

The same was true in Al-Zabadani when he served as an administrator there and later in Deir ez-Zor. The people's affection and appreciation for him are difficult to describe because of his good character and his dedication to helping others.

Even in my childhood, I remember him as a young man and a university student. Whenever there was a problem in our neighborhood or a dispute among young people, particularly between Kurdish youths in the neighboring area, the residents would seek his assistance because he resolved problems positively and without violence. He would reconcile the young

men and end their disputes peacefully because he was known from a young age to be a diplomatic and wise individual.

I respectfully submit this statement based on my personal knowledge and longstanding relationship with Mr. Samir Al Sheikh and ask the Court to consider his character, his lifelong service to others, and the positive impact he has had on his family and community.

Respectfully

Mohammad Youssef Sweid

Aleppo Chamber of Commerce and Industry - Active Member

Trade and Manufacturing of Metals

Aleppo, Syria

[redacted]

Mohammad Youssef Sweid



Qura al Sham, JUNE 21ST, 2026

DAMASCUS GOVERNORATE

Syrian Arab Republic

Attn. Honorable Judge Herman D. VERA

District Court for the Central District of California

Your Honor,

My name is Samir A. DARWICH. I was a well known businessman in Syria, and former president of the FSSE (Federation Syrienne des Sports Equestres).

I am now aged 88, retired since 2011. I am married with two children and two grand'children. However I still am Honorary President of the 3CS (Classic Car Club of Syria), which is another hobby.

I have a good knowledge of the case of Ret.Gen. Samir Othman Alsheikh that is considered by your Court. Allow me to say what I know about the person, for sake of justice.

My relationship with Gen. Samir Alsheikh goes back to more than 40 years, when he was a Police Captain, in charge of the Equestrian Squadron of the Police Academy in Damascus. We were both members of the Syrian Equestrian Federation.

In 2004, I was reelected as President of the FSSE, and I have chosen Gen. Alsheikh as vice-President, bearing in mind his honesty and excellent natural talent in management and human relations. Thanks to him, we were able to introduce – with big success – a new discipline: the Endurance.

I can assure you, Your Honor, that during the whole duration of our cooperation, Gen. Alsheikh was a devoted Officer, respecting his Superiors as well as his subordinates, never complaining of hard work, although our engagement is 100% benevolent, with no any remuneration.

At several occasions, I have entrusted him relatively large amounts of money at the occasion of several international events and I must say that not one penny was lost or misplaced.

As a police officer, on the professional side, he was appointed as Governor of the casa of Zebdani. after 8 years he spent in this occupation, people of Zebdani and the 20 villages attached to it, are still remembering the "golden days" of "our Mudir"... Lots of them contacted me to ask about what happened to him in the US.

When he was appointed as director of the Adra Prison, which was designed to host 7.000 convicts, he surely made a huge performance in transforming this prison in a human place hosting 13,000 persons, due to the civil war that enflamed the country. As you can imagine, Your Honor, not all prisoners were angels or victims.

3

After his retirement, bearing in mind his huge success in Zebdani, President Assad oppointed him as Governor of Deir-Ezzor. Instead of fighting the outlaws he tried to put them under the government umbrella with certain benefits and to negotiate. This cost him several attempts of assassination. This pacifist policy did not please President Assad either, who revoked him in a very rude manner. This conflict with the regime in place at the time, made him think to join his family, who has emigrated to the US, in searth for peace and justice.

I am afraid, Your Honor, that the trial of Gen. Alsheikh in the US, at the age of 75, will obliterate all hopes he fighted for during a long active life. I swear to God, your honor, that all I have said is the truth. The difficult circumstances Gen. Alsheikh has suffered during the Syrian civil war, will not end his dream to join his beloved Family in the US. Gen. Samir Alsheikh is not the person that was described in the media earlier. If this can be of any help, I beg your Honor for a little compassion.

With all my respect for the Court and your Honor.

Samir A. DARWICH

[redacted]

June 21, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Your Honor,

My name is Suad Asaad Jomaa, born in 1951 in Damascus, Syria. I am a journalist and writer who worked for the Syrian Arab News Agency (SANA), Tishreen Newspaper, and several private magazines. I am also the author of three books :*Drugs: A Third World War* ,*Syrian Governments in the Twentieth Century* ,and *Kashkool* .In addition, I served as a member of the Damascus Provincial Council for many years. I am a widow and the mother of a son and a daughter, both of whom are now married.

I am writing to share my personal knowledge of Mr. Samir Alsheikh and respectfully ask the Court to consider his character and the many positive contributions he made throughout his life.

I first met Mr. Alsheikh when he was the Director of the Zabadani District. At that time, he was developing an innovative project called the" Clean Village ".The project was far ahead of its time and unlike anything that had previously existed in Syria. It envisioned a large residential community free of cars and gasoline, powered by sustainable energy sources, and designed to provide a healthy environment free from pollution. I worked with him in organizing and studying the project. Unfortunately, the project was never approved by the authorities and therefore could not move forward. Even then, I was impressed by his vision, creativity, and sincere desire to improve society.

Over the years, our friendship grew and became a family friendship. Around 2001, I contacted him seeking help for the son of our neighbors, the Al-Dahhak family, who had been imprisoned on what we believed were false accusations. Mr. Alsheikh helped the young man and his family without expecting anything in return. He facilitated family visits at a time when such visits were extremely difficult to obtain and helped ensure that the young man could continue his education while incarcerated. As a result, he was able to complete his secondary education and obtain his high school diploma.

On another occasion, I asked Mr. Alsheikh for help regarding a relative who had been summoned by security authorities because of a political accusation. The young man feared arrest. Mr. Alsheikh made several calls on his behalf and was able to resolve the matter and have the warrant withdrawn. As always, he did this without asking for any compensation.

Throughout the years, I came to know Mr. Alsheikh as a courageous, honorable, and compassionate person who could not tolerate injustice. He was always willing to help others regardless of their background or circumstances. Among those who knew him, he was widely recognized for assisting poor families, helping sick individuals obtain medical treatment, and using his position to support people in need rather than for personal gain.

Later, when he was Governor of Deir ez-Zor, I contacted him regarding the son of a friend who lived there and was struggling to find employment. Mr. Alsheikh did not hesitate to help. After some time, the young man obtained a respectable job that enabled him to support himself and his family. Once again, Mr. Alsheikh expected nothing in return.

His generosity and dedication earned him the respect and affection of countless people. I have rarely mentioned his name without hearing others speak of his kindness, integrity, and willingness to help. When many people learned of the difficulties and suffering, he later endured, they expressed deep sadness and a desire to support him in any way they could.

Mr. Alsheikh's goals in life were simple and honorable. He wanted a dignified life for himself and his family and believed in serving both his country and its people with transparency and integrity. As conditions in Syria deteriorated and he became increasingly troubled by practices he believed were wrong, he chose to leave the country. After his children moved to the United States, he eventually joined them. He often spoke of his hope of living peacefully with his family and enjoy watching his grandchildren grow up.

For all these reasons, I respectfully ask the Court to consider Mr. Alsheikh's character, his lifelong service to others, and the many acts of kindness and generosity that I personally witnessed. I respectfully request mercy and compassion in determining an appropriate sentence.

Thank you for your time and consideration.

Respectfully submitted,

Suad Asaad Jomaa
Damascus, Syria
[redacted]

**Serene Ascha**
[redacted]
Beverly Hills, CA 90212
[redacted]

June 22, 2026

The Honorable Hernán D. Vera
United States District Judge
United States District Court for the Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 5B
Los Angeles, CA 90012

Dear Your Honor,

My name is Serene Ascha, and I am writing to offer a character reference on behalf of Samir Ousman Alsheikh. I have been a resident of [redacted] California for 12 years, and I was raised in Los Angeles. I am a wife and mother of four working as an Evaluation Coordinator with a psychiatric practice. I want the Court to know from the outset that I am fully aware of the charges for which Mr. Alsheikh has been found guilty, and I offer this letter with that knowledge, in the sincere hope that it may help the Court understand the kind of man he is beyond the circumstances of this case.

I have known Samir for approximately six and a half years. I came to know him through community and family gatherings, where I had the opportunity to observe him not in a formal or professional setting, but simply as a person among people he cares about. It is in those unguarded, everyday moments that one's true character tends to reveal itself — and what I have consistently seen in Samir is someone who is humble, generous, and genuinely good-natured.

What stands out most about Samir is the depth of his devotion to his family. As a father, father-in-law, and grandfather, he approaches those relationships with a tenderness and intentionality that is not always common. I have watched him with his grandchildren on multiple occasions, and the warmth and attentiveness he shows them is unmistakable. It is clear that his family — his children, their spouses, his grandchildren, and his wife — is the center of his world and the source of his greatest joy. This is not something he performs for others; it is simply who he is.

Beyond his family, Samir has always carried himself with quiet dignity in our community. He is the kind of person who shows up at gatherings not to be seen, but to contribute — willing to help, easy to talk to, and always respectful in his words and manner. He is well-regarded by those who know him.

I respectfully ask this Court to take into consideration the whole of who Samir Alsheikh is — a devoted family man, a respected community member, and someone who, in my experience, has always tried to do right by the people around him. I trust in the Court's wisdom and ask only that

it extend the same fairness and compassion to him that his character, over a lifetime, has warranted.

Respectfully,

**Serene Ascha**