# Exhibit E

# VIDEO FILES SUBMITTED ON FLASH DRIVE

# EXHIBIT E9 IS FILED UNDER SEAL